AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Raymond E. Blake

Plaintiff

V.

Sussex county, Costello, Robert George,
J. mears, carl C. Danberg, Hitts

Defendant(s)

## APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CASE NUMBER: — 0 7 — 7 4 9 —

I, Raymond E. Blake declare that I am the (check appropriate box)

• ✓ • Petitioner/Plaintiff/Movant     • • Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

**FILED**

NOV 20 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?     • ✓ Yes     • • No     (If "No" go to Question 2)

    If "YES" state the place of your incarceration ___ SVOP (Sussex Violation of Protation)

    **Inmate Identification Number (Required):** ___ 377092 ___

    Are you employed at the institution? _NO_ Do you receive any payment from the institution? _NO_

    *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

2.  Are you currently employed?     • • Yes     • ✓ No

    a.  If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.     N/A

    b.  If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.     N/A

3.  In the past 12 twelve months have you received any money from any of the following sources?

    | | | | |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | • • Yes | • ✓ No |
    | b. | Rent payments, interest or dividends | • • Yes | • ✓ No |
    | c. | Pensions, annuities or life insurance payments | • • Yes ✓ | • ✓ No |
    | d. | Disability or workers compensation payments | • • Yes | • ✓ No |
    | e. | Gifts or inheritances | • • Yes | • ✓ No |
    | f. | Any other sources | • • Yes | ✓ No |

    If the answer to any of the above is "YES" describe each source of money and state the amount received *AND* what you expect you will continue to receive.     N/A

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4.    Do you have any cash or checking or savings accounts?         • • Yes    • No

If "Yes" state the total amount  $_____$

5.    Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?

• • Yes    • No

If "Yes" describe the property and state its value.

N/A

6.    List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

J. . . . B,  . . Daughter          Bernard Blake· Brother
C¹    B,  . . . Grandmother
Q,    G. . . step son

I declare under penalty of perjury that the above information is true and correct.

11-16-07                        Ray Blake
_____                _____
DATE                            SIGNATURE OF APPLICANT

**NOTE TO PRISONER:  A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets.  In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

## INMATE ACCOUNT STATEMENT

**GREGORY HAWKES**     <u>23-Oct-07</u>
NAME        SCCC ADMIT DATE

<u>374876</u>
SBI#        DATE RELEASED

| DATE | DEPOSITS | Type of Deposit | DISBURSE MENT | Type of Disburs. | BALANCE | |
|------|----------|-----------------|---------------|------------------|---------|--|
|  | $0.00 |  | $0.00 |  |  | $0.00 |
|  | $0.00 |  | $0.00 |  | $0.00 | $0.00 |
|  | $0.00 |  | $0.00 |  | $0.00 | $0.00 |
|  | $0.00 |  | $0.00 |  | $0.00 | $0.00 |
|  | $0.00 |  | $0.00 |  | $0.00 | $0.00 |
|  | $0.00 |  | $0.00 |  | $0.00 | $0.00 |
|  | $0.00 |  | $0.00 |  | $0.00 | $0.00 |
|  | $0.00 |  | $0.00 |  | $0.00 | $0.00 |
|  | $0.00 |  | $0.00 |  | $0.00 | $0.00 |
|  | $0.00 |  | $0.00 |  | $0.00 | $0.00 |
|  | $0.00 |  | $0.00 |  | $0.00 | $0.00 |
|  | $0.00 |  | $0.00 |  | $0.00 | $0.00 |
|  | $0.00 |  | $0.00 |  | $0.00 | $0 00 |
|  | $0.00 |  | $0.00 |  | $0.00 | $0.00 |
|  | $0.00 |  | $0.00 |  | $0.00 | $0.00 |
|  | $0.00 |  | $0.00 |  | $0.00 | $0.00 |
|  | $0.00 |  | $0.00 |  | $0.00 | $0.00 |
|  | $0.00 |  | $0.00 |  | $0.00 | $0.00 |
|  | $0.00 |  | $0.00 |  | $0.00 | $0.00 |
|  | $0.00 |  | $0.00 |  | $0.00 | $0.00 |
| TOTAL | $0.00 |  | $0.00 |  |  | $0.00 |

**$0.00**
OPENING BALANCE
**$0.00**
ACCOUNT BALANCE

**TYPE OF DISBURSMENTS**
R/B   room/board owed from previous visits to SWRU
MED =  Visits to medical
TRANS = transportation owed from previous visits
P2 =   Pay to's submitted thru business office
DG  =  Dollar General/commissary
TRANSF  Transfers to Other Institutions
SP. COURT Superior Court
**TYPE OF DEPOSITS**
M/O  =  money orders received outside of institution
B/R  =  booking and receivng
CK  =  checks
CASH
I / W =  inmate wages

INMATE ACCOUNT STATEMENT

**RAYMOND E BLAKE**
NAME

2-Nov-07
SCCC ADMIT DATE

**377092**
SBI#

DATE RELEASED

| DATE | DEPOSITS | Type of Deposit | DISBURSE MENT | Type of Disburs. | | BALANCE |
|------|----------|-----------------|---------------|------------------|--|---------|
| | $0.00 | | $0.00 | | | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | $0.00 |
| TOTAL | $0.00 | | $0.00 | | | $0.00 |

**$0.00**
OPENING BALANCE
**$0.00**
ACCOUNT BALANCE

**TYPE OF DISBURSMENTS**
R/B          room/board owed from previous visits to SWRU
MED =        Visits to medical
TRANS =      transportation owed from previous visits
P2 =         Pay to's submitted thru business office
DG =         Dollar General/commissary
TRANSF       Transfers to Other Institutions
SP. COURT    Superior Court
**TYPE OF DEPOSITS**
M/O =        money orders received outside of institution
B/R =        booking and receivng
CK =         checks
CASH
I / W =      inmate wages