(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

(1) Raymond E. Blake 377092
(Name of Plaintiff)    (Inmate Number)

SVOP/SWRU 23207 Dupont Blvd.
(Complete Address with zip code) Georgetown, DE 19947

(2) Lamar Jones 569021
(Name of Plaintiff)    (Inmate Number)

SVOP/SWRU 23207 Dupont Blvd.
(Complete Address with zip code) Georgetown, DE 19947

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

07-749-

(Case Number)
(to be assigned by U.S. District Court)

J. Mears vs.    (5) Officer Hills
(1) Micheal Costello
(2) Warden Robert George    (6) C.M.S
(3) Carl C. Danberg
(4) Sussex County
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

**CIVIL COMPLAINT**

Jury Trial Requested ✓ yes

FILED
NOV 20 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I. **PREVIOUS LAWSUITS**

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

N/A But I have filed previous lawsuits

(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

③ Isaiah Smiley    309273
(Name of Plaintiff)    (Inmate Number)

SVOP/SWRU 23207 Dupont Blvd
(Complete Address with zip code) Georgetown, DE 19947

④ Troy Blake    497031
(Name of Plaintiff)    (Inmate Number)

SVOP/SWRU 23207 Dupont Blvd.
(Complete Address with zip code) Georgetown, DE 19947

(Each named party must be listed, and all names must be printed or typed. Use additional sheets if needed)

vs.

(1) _____

(2) _____

(3) _____
(Names of Defendants)

(Each named party must be listed, and all names must be printed or typed. Use additional sheets if needed)

(Case Number)
( to be assigned by U.S. District Court)

# CIVIL COMPLAINT

Jury Trial Requested

I.  **PREVIOUS LAWSUITS**

   A.  If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

_____
_____
_____
_____
_____

(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

(5) (1) Darren Staats   467006
(Name of Plaintiff)    (Inmate Number)

SVOP/SWRU 23207 Dupont Blvd.
(Complete Address with zip code) Georgetown, DE 19947

(6) (2) David J. Leavitt   588400
(Name of Plaintiff)    (Inmate Number)

SVOP/SWRU 23207 Dupont Blvd.
(Complete Address with zip code) Georgetown, DE 19947

(Each named party must be listed, and all names must be printed or typed. Use additional sheets if needed)

vs.

(1) _____

(2) _____

(3) _____
(Names of Defendants)

(Each named party must be listed, and all names must be printed or typed. Use additional sheets if needed)

_____
(Case Number)
(to be assigned by U.S. District Court)

**CIVIL COMPLAINT**

• • Jury Trial Requested

---

I.  **PREVIOUS LAWSUITS**

   A.  If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

   _____
   _____
   _____
   _____

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proeeed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? • ✓Yes • • No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? • ✓Yes • • No

C. If your answer to "B" is Yes:

1. What steps did you take? We filed grievances and written letters to each proper chain of command.

2. What was the result? Negative results nothing was accomplished.

D. If your answer to "B" is No, explain why not: N/A

## III. DEFENDANTS (in order listed on the caption)

(1) Name of first defendant: J. Mears
Employed as C/O or staff member at SVOP facility
Mailing address with zip code: SVOP/SWRU 23207 Dupont Blvd. Georgetown, DE. 19947

(2) Name of second defendant: Micheal Costello
Employed as Staff Lieutenant at SVOP facility
Mailing address with zip code: SVOP/SWRU 23207 Dupont Blvd. Georgetown, DE. 19947

(3) Name of third defendant: Robert George
Employed as Warden at SVOP facility
Mailing address with zip code: SVOP/SWRU 23207 Dupont Blvd. Georgetown, DE. 19947

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

(4) Sussex County

2

(5) Officer Hills - SVOP/SWRU 23207 Dupont Blvd. Georgetown, DE. 19947

(6) C.M.S (Correctional Medical Service) - SVOP/SWRU 23207 Dupont Blvd. Georgetown, DE. 19947

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. Every since all of the plaintiff's entered this violation of probation facility (SVOP) the water has had rust in it. We are being forced to drink it by the staff team who works here. We as the plaintiff's have written

2. several grievances to the warden Robert George and various other members of his staff team mr. Costello, J. Mears etc. only to have them tell us that they know the water is contaminated and its not their fault it's the

3. Georgetown water plant fault. And when we confronted the warden on the health risk subject of how the water was affecting us he threatened us and punished us by taking our phones, TV etc. so we couldn't contact family or Lawyers. He denied us legal calls and wrote us up for disrespect and disorderly conduct.

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. We as the plaintiff's would like to be compensated for compensatory and punitive damages in the amount of $15,000,000.00 (Fifteen million Dollars) divided equally amongst all of the plaintiff's

3

2. _____

3. _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __16th__ day of __November__, 2007.

_Ray Blake_
(Signature of Plaintiff 1)

_Isaiah Smiley_
(Signature of Plaintiff 2)

_Larry Lane_
(Signature of Plaintiff 3)

4. Darnell Ford
5. G.L. Hawke II
6. Keith E. Lawson
7. Joseph B. Bowman Sr.
8. Patrick Devon Shie
9. _____
10. _____
11. _____

continued Plaintiff's

Name
7) Robert Battle
inmate number 564941
address: SVOP/SWRU 23207 Dupont Blvd. Georgetown, DE. 19947

Name
8) Patrick N. Devonshire
inmate number 488531
address: SVOP/SWRU 23207 Dupont Blvd. Georgetown, DE. 19947

Name
9) Frederick Truitt
inmate number 228532
address: SVOP/SWRU 23207 Dupont Blvd. Georgetown, DE. 19947

Name
10) Manuel Vazquez
inmate number 573109
address: SVOP/SWRU 23207 Dupont Blvd. Georgetown, DE. 19947

Name
11) Michael Lambert
inmate number 349010
address: SVOP/SWRU 23207 Dupont Blvd. Georgetown, DE. 19947

Name
12) Dwayne Boardley
inmate number 484874
address: SVOP/SWRU 23207 Dupont Blvd. Georgetown, DE. 19947

Name
13) Earnest Jones
inmate number 529034
address: SVOP/SWRU 23207 Dupont Blvd. Georgetown, DE. 19947

Name
14) Gregory Hawkes
inmate number 374876
address: SVOP/SWRU 23207 Dupont Blvd. Georgetown, DE. 19947

Name
15) Daniel Davis
inmate number 255781
address: SVOP/SWRU 23207 Dupont Blvd. Georgetown, DE. 19947

16.) Name: Keith Taylor
inmate number: 582538
Address: SVOP/SWRU 23207 Dupont Blvd. Georgetown, DE. 19947

17.) Name: Keith Lawson
inmate number: 341937
Address: SVOP/SWRU 23207 Dupont Blvd. Georgetown, DE. 19947

18.) Name: Damon Jones
inmate number: 494346
Address: SVOP/SWRU 23207 Dupont Blvd. Georgetown, DE. 19947

19.) Name: David L. Johnson
inmate number: 453894
Address: SVOP/SWRU 23207 Dupont Blvd. Georgetown, DE. 19947

20.) Name: Darnell Ford
inmate number: 448224
Address: SVOP/SWRU 23207 Dupont Blvd. Georgetown, DE. 19947

21.) Name: Joseph Bowman Sr.
inmate number: 264878
Address: SVOP/SWRU 23207 Dupont Blvd. Georgetown, DE. 19947

