(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) Anthony Garnett 376811
    (Name of Plaintiff)    (Inmate Number)

23207 Dupont Blvd Georgetown, DC
(Complete Address with zip code) 19947

(2) _____
    (Name of Plaintiff)    (Inmate Number)

1:07-cv-00749-JJF
(Case Number)
(to be assigned by U.S. District Court)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

Sussex Community Correctional Center
Officer Hills vs. C.M.S

(1) J. Mears       Correctional Medical Service
(2) Staff LT Michael Costello
(3) Warden Robert George
    (Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

FILED
DEC 18 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
scanned

CIVIL COMPLAINT

✓ yes
  Jury Trial Requested

---

I.  PREVIOUS LAWSUITS

A.  If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

N/A

_____
_____
_____
_____

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? ✓Yes  ••No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? ✓Yes  ••No

C. If your answer to "B" is Yes:

1. What steps did you take? I Filed a grievance and nothing positive came forth only negative results came forth.

2. What was the result? Negative results

D. If your answer to "B" is No, explain why not: N/A

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: Robert George
Employed as Warden at Svop
Mailing address with zip code: 23207 Dupont Blvd
Georgetown, De 19947

(2) Name of second defendant: Sussex Community Correctional Center
Employed as Entire Organization at Svop
Mailing address with zip code: 23207 Dupont Blvd
Georgetown, De 19947

(3) Name of third defendant: Michael Castello
Employed as Staff Lieutenant at Svop
Mailing address with zip code: 23207 Dupont Blvd
Georgetown, De 19947

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

(4) Name of Fourth defendant _____ employed as correctional officers at SVOP mailing address with zip code 23207 Dupont Blvd Georgetown, De 19947

(5) Name of Fifth defendant Officer hills employed as correctional officer (sergeant) at SVOP Mailing Address with Zip code 23207 Dupont Blvd Georgetown, De 19947

(6) Name of Sixth defendant C.M.S Correctional Medical Service employed as correctional medical service at SVOP Mailing address with zip code 23207 Dupont Blvd Georgetown, De 19947

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. On 11-26-07 I made all above-said Defendant(s) aware that their water had rust in it. And I also made the medical staff team aware that the rusty water was causing me to have sever health issues. such as uncomfort when urinating, vomiting, headaches, coughed up blood and kidney failure,

2. I had extream heat flashes etc... All above-said Defendant(s) threatened to cause bodily harm. When I grieved the problem I was told that I should have never gotten incarcerated

3. by all above-mentioned defendant(s) All Defendant(s) were in A culpable state of mind. And All Defendants) were in Deliberate indifference.

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I will like to be compensated for compensatory and punitive damages in the Amount of $1,000,000.00 (One million Dollars) from each mentioned Defendant.

3

2. _____

3. _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 28th day of November, 2007.

_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

I am writing this letter in regards of i Anthony Garnett #376811 to be added as a plaintiff under case # 1:07-cv-00749-JJF

Thank you
Sincerely yours
Anthony Garnett #376811





Anthony Garnett
SBI# 00376811

SCCC
SVOP/SWRU
23207 Dupont Blvd.
Georgetown, DE 19947

Clerk
US District Court
J. Caleb Boggs Federal Bldg.
Lock Box 18
844 N. King St.
Wilmington, DE 17801