AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

**FILED**

**DEC 18 2007**

**U.S. DISTRICT COURT**
**DISTRICT OF DELAWARE**

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Anthony M. Garnett

Plaintiff , C.M.S Correctional
medical Service

Sussex Community V. J. Mears
Correctional Center Staff Lt Michael Costello
Officer Hills   Warden Robert George
Defendant(s)

**APPLICATION TO PROCEED** pa scanned
**WITHOUT PREPAYMENT OF**
**FEES AND AFFIDAVIT**

CASE NUMBER: 1:07-cv-00749-JJF

I, Anthony Garnett _____ declare that I am the (check appropriate box)

(  X  Petitioner/Plaintiff/Movant  )      • • Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under
28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief
sought in the (complaint)/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.    Are you currently incarcerated?  ✗ Yes    • •No    (If "No" go to Question 2)

      If "YES" state the place of your incarceration ____Svop_____

      **Inmate Identification Number (Required):** _376811_____

      Are you employed at the institution? NO   Do you receive any payment from the institution? NO

      *Attach a ledger sheet from the institution of your incarceration showing at least the past six months'*
      *transactions*

2.    Are you currently employed?   • •Yes   ✗ No

      a.    If the answer is "YES" state the amount of your take-home salary or wages and pay period a
            and give the name and address of your employer.   N/A

      b.    If the answer is "NO" state the date of your last employment, the amount of your take-home
            salary or wages and pay period and the name and address of your last employer.   N/A

3.    In the past 12 twelve months have you received any money from any of the following sources?

      a.    Business, profession or other self-employment    • • Yes    • ✗ No
      b.    Rent payments, interest or dividends              • • Yes    • ✗ No
      c.    Pensions, annuities or life insurance payments    • • Yes    • ✗ No
      d.    Disability or workers compensation payments       • • Yes    • ✗ No
      e.    Gifts or inheritances                             • • Yes    • ✗ No
      f.    Any other sources                                 • • Yes    • ✗ No

      If the answer to any of the above is "YES" describe each source of money and state the amount
      received *AND* what you expect you will continue to receive.

                                          N/A

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4.    Do you have any cash or checking or savings accounts?              • • Yes      ☒ No

      If "Yes" state the total amount $_____

5.    Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other
      valuable property?
                                                                        • • Yes      ☑ No

      If "Yes" describe the property and state its value.

                                          N / A

6.    List the persons who are dependent on you for support, state your relationship to each person and
      indicate how much you contribute to their support, OR state NONE if applicable.



      ① J:        C        ; (Daughter)  Pay For private Schooling $500 a month
      ② Jo        C        (Son)  Pay For Food and Clothing
      ③ F         P        (Son)  Pay For Food and Clothing
      ④ R         R        (Son)  Pay For Food and Clothing

      I declare under penalty of perjury that the above information is true and correct.

11-26-07                           _____
DATE                               SIGNATURE OF APPLICANT

**NOTE TO PRISONER:  A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit
stating all assets.  In addition, a prisoner must attach a statement certified by the appropriate institutional
officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts.
If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified
statement of each account.**

INMATE ACCOUNT STATEMENT

| ANTHONY GARNETT | 26-Nov-07 |
|---|---|
| NAME | SCCC ADMIT DATE |

376811

DATE RELEASED

| DATE | DEPOSITS | Type of Deposit | DISBURSEMENT | Type of Disburs. | BALANCE |
|---|---|---|---|---|---|
| | $0.00 | | $0.00 | | $0.00 |
| | $0.00 | | $0.00 | | $0.00 |
| | $0.00 | | $0.00 | | $0.00 |
| | $0.00 | | $0.00 | | $0.00 |
| | $0.00 | | $0.00 | | $0.00 |
| | $0.00 | | $0.00 | | $0.00 |
| | $0.00 | | $0.00 | | $0.00 |
| | $0.00 | | $0.00 | | $0.00 |
| | $0.00 | | $0.00 | | $0.00 |
| | $0.00 | | $0.00 | | $0.00 |
| | $0.00 | | $0.00 | | $0.00 |
| | $0.00 | | $0.00 | | $0.00 |
| | $0.00 | | $0.00 | | $0.00 |
| | $0.00 | | $0.00 | | $0.00 |
| | $0.00 | | $0.00 | | $0.00 |
| | $0.00 | | $0.00 | | $0.00 |
| | $0.00 | | $0.00 | | $0.00 |
| | $0.00 | | $0.00 | | $0.00 |
| | $0.00 | | $0.00 | | $0.00 |
| | $0.00 | | $0.00 | | $0.00 |
| | $0.00 | | $0.00 | | $0.00 |
| TOTAL | $0.00 | | $0.00 | | $0.00 |

**$0.00**
OPENING BALANCE
**$0.00**
ACCOUNT BALANCE

**TYPE OF DISBURSMENTS**
R/B        room/board owed from previous visits to SWRU
MED =      Visits to medical
TRANS =    transportation owed from previous visits
P2 =       Pay to's submitted thru business office
DG  =      Dollar General/commissary
TRANSF     Transfers to Other Institutions
SP. COURT  Superior Court
**TYPE OF DEPOSITS**
M/O  =     money orders received outside of institution
B/R  =     booking and receivng
CK =       checks
CASH
I / W =    inmate wages