12-17-07

07-749

To whom it may concern,

My name is Francis Emory SBI# 352816 and I am writting in request to be added on case# 1:07-CV-00749JJF as A named Plaintiff. Address:

SVOP/SCCC
23207 Dupont Blvd.
Georgetown, DE. 19947

*Francis Emory*

To whom it may concern,

My name is Ishmael Kwalalon SBI# 368806 and I am writting in request to be added on case# 1:07-CV-00749JJF as A named Plaintiff. SVOP/SCCC 23207 Dupont Blvd. Georgetown, DE. 19947

*Ishmael Kwalalon*

[FILED DEC 19 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE]

12-17-07

To whom it may concern,

I Matthew J. Ferguson SBI# 520081 will like to be added on case # 1:07-cv-00749JJF as an added on Plaintiff.

Address: SCCC/SVOP
23207 Dupont Blvd.
Georgetown, DE. 19947

*Matt J. Ferguson*

---

To whom it may concern,
I James R. Pettit SBI# 185146 will like to be added on case # 1:07-cv-00749JJF as an added on Plaintiff. Address: SCCC/SVOP
23207 Dupont Blvd.
Georgetown, DE. 19947

*James Pettit*





Hashim Batson
SBI # 533447
SCCC
SVOP/SWRU
23207 Dupont Blvd.
Georgetown, DE 19947

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, DE. 19801-3570

U.S.M.S.
X-RAY