(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

*Please Add us on Amended Complaint*

(1) __Hashim Batson   533447__
    (Name of Plaintiff)         (Inmate Number)

__SCCC/SVOP 23207 Dupont Blvd. Georgetown, DE. 19947__
(Complete Address with zip code)

(2) __Edwin Banks   540938__
    (Name of Plaintiff)         (Inmate Number)

__SCCC/SVOP 23207 Dupont Blvd. Georgetown, DE. 19947__
(Complete Address with zip code)

: 1:07-CV-00749JJF
: (Case Number)
: (to be assigned by U.S. District Court)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) __Plaintiff's named on Amended__

(2) __Complaint as well as__

(3) __Defendant(s)__
    (Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

**CIVIL COMPLAINT**

✓ Jury Trial Requested

FILED
DEC 19 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Scanned

I.   **PREVIOUS LAWSUITS**

A.   If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number
     including year, as well as the name of the judicial officer to whom it was assigned:

__N/A__

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? ✓ Yes • • No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? ✓ Yes • • No

C. If your answer to "B" is Yes:

1. What steps did you take? _Filed Grievances, sent letters_

2. What was the result? _Negative results_

D. If your answer to "B" is No, explain why not: _N/A_

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: _____

Employed as _____ at _____

Mailing address with zip code: _____

(2) Name of second defendant: _____

Employed as _____ at _____

Mailing address with zip code: _____

(3) Name of third defendant: _____

Employed as _____ at _____

Mailing address with zip code: _____

{ All Defendant(s) named on Amended Complaint

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. All named plaintiff's violated me and other said-named plaintiffs that are listed on Amended complaint.

2. 

3. 

V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I want to be Added on the Amended complaint of this case number

3

2. _____
   _____
   _____
   _____
   _____
   _____
   _____

3. _____
   _____
   _____
   _____
   _____
   _____
   _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __17th__ day of __December__, 2007.

_Hashim Batson_
(Signature of Plaintiff 1)

_Edwin Banks_
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

FORM #584

GRIEVANCE FORM

FACILITY: SVOP                             DATE: 12-7-07
GRIEVANT'S NAME: Edwin Banks      SBI#: 540938
CASE#: N/A V-07-324                    TIME OF INCIDENT: ongoing Problem!
HOUSING UNIT: Pod #4

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

To whom it may concern, I'm writting because this SVOP facility is hazardous to my health. The people here are aware that there's rust in our drinking supply (water) and the warden Robert George allows the air conditioner to be cut on me everyday & night even though temperatures are 20° degrees and below outside in the daytime and colder at night. I cough so hard all day long that my lungs hurt due to the cold air or this rusty water that I'm drinking. And when it's time to eat breakfast, lunch and dinner we're not being given 8oz on our trays we're barely getting 6oz. This is a violation of my Constitutional rights.

ACTION REQUESTED BY GRIEVANT: I want this documented, investigated, and Internal Affairs notified immediately!

Water has been tested and found suitable for drink

GRIEVANT'S SIGNATURE: Edw Banks          DATE: 12-7-07

WAS AN INFORMAL RESOLUTION ACCEPTED?    ____(YES)    ____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____        DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

FORM #584

GRIEVANCE FORM

RECEIVED
DEC 16 2007
SCCC
Deputy Warden

Forward to Medical w/cop to Lt Whis

FACILITY: SVOP
DATE: 12-5-07
GRIEVANT'S NAME: Hashim Batson
SBI#: 533447
CASE#: N/A   1-07-310
TIME OF INCIDENT: On Going problem
HOUSING UNIT: Pod 4

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

To whom it may concern, I'm writing because I'm being forced to drink this facility rusty water. It's causing my kidneys to hurt. Pain when I urinate. Skin to break out on my back. I feel like you people are tampering with my health, because I had to get medical attention. And I never had to get medical attention until I came here.

ACTION REQUESTED BY GRIEVANT: I want internal affairs notified immediately.

GRIEVANT'S SIGNATURE: Hashim Batson   DATE: 12-5-07

WAS AN INFORMAL RESOLUTION ACCEPTED?   ___(YES)   ___(NO)

Returned to Medical

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____   DATE: _____

YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

Hashim Batson
SBI #533447
SCCC
SVOP/SWRU
23207 Dupont Blvd.
Georgetown, DE 19947



USA 41

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, DE. 19801-3570

U.S.M.S.
X-RAY