

07cv749JJF

Isaiah Smiley
SBI# 309273
Sussex Community Correctional Center (SCCC)
23207 DuPont Boulevard
Georgetown, DE 19947

--------

--------

# Utility Events

1:07-cv-00749-UNA Blake et al v. Mears et al

PaperDocuments

U.S. District Court

District of Delaware

## Notice of Electronic Filing

The following transaction was entered on 11/28/2007 at 3:42 PM EST and filed on 11/28/2007
**Case Name:** Blake et al v. Mears et al
**Case Number:** 1:07-cv-749
**Filer:**
**Document Number:** No document attached

**Docket Text:**
Case assigned to Judge Joseph J. Farnan, Jr. Please include the initials of the Judge (JJF) after the case number on all documents filed. (rjb)

**1:07-cv-749 Notice has been electronically mailed to:**

**1:07-cv-749 Notice has been delivered by other means to:**

Robert Battle
SBI# 564941
Sussex Cmmunity Correctional Center
23207 DuPont Blvd
Georgetown, DE 19947

Raymond E. Blake
SBI# 377092
Sussex Community Correctional Center (SCCC)
23207 DuPont Boulevard
Georgetown, DE 19947

Troy Blake
SBI# 497031
Sussex Community Correctional Center
23207 DuPont Blvd
Georgetown, DE 19947

Dwayne Boardley
SBI# 484874
Sussex Community Correctional Center
23207 DuPont Blvd
Georgetown, DE 19947

Joseph Bowman, Sr

SBI# 264878
Sussex Community Correctional Center
23207 DuPont Blvd
Georgetown, DE 19947

Daniel Davis
SBI# 255781
Sussex Community Correctional Center
23207 DuPont Blvd
Georgetown, DE 19947

Patrick Devonshire
SBI# 488531
Sussex Community Correctional Center
23207 DuPont Blvd
Georgetown, DE 19947

Darnell Ford
SBI# 448224
Sussex Community Correctional Center
23207 DuPont Blvd
Georgetown, DE 19947

Gregory Hawkes
SBI# 374876
Sussex Community Correctional Center
23207 DuPont Blvd
Georgetown, DE 19947

David L. Johnson
SBI# 453894
Sussex Community Correctional Center
23207 DuPont Blvd
Georgetown, DE 19947

Damon Jones
SBI# 494346
Sussex Community Correctional Center
23207 DuPont Blvd
Georgetown, DE 19947

Earnest Jones
SBI# 529034
Sussex Community Correctional Center
23207 DuPont Blvd
Georgetown, DE 19947

Lamar Jones
SBI# 569021
Sussex Community Center
23207 Dupont Blvd
Georgetown, DE 19947

Michael Lambert

SBI# 349010
Sussex Community Correctional Center
23207 DuPont Blvd
Georgetown, DE 19947

Keith Lawson
SBI# 341937
Sussex Community Correctional Center
23207 DuPont Blvd
Georgetown, DE 19947

David Leavitt
SBI# 588400
Sussex Community Correctional Center
23207 DuPont Blvd
Georgetown, DE 19947

Isaiah Smiley
SBI# 309273
Sussex Community Correctional Center
23207 DuPont Blvd
Georgetown, DE 19947

Darren Staats
SBI# 467006
Sussex Community Correctional Center
23207 DuPont Blvd
Georgetown, DE 19947

Keith Taylor
SBI# 582538
Sussex Community Correctional Center
23207 DuPont Blvd
Georgetown, DE 19947

Frederick Truitt
SBI# 228532
Sussex Community Correctional Center
23207 DuPont Blvd
Georgetown, DE 19947

Manuel Vazquez
SBI# 573109
Sussex Community Correctional Center
23207 DuPont Blvd
Georgetown, DE 19947