(Rev. 4/97)

# FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Francis Emory ← Please Add on

(Enter above the full name of the plaintiff in this action)

Case # 1:07-cv-00749-JJF

V.

Already mentioned in Amended Complaint

(Enter above the full name of the defendant(s) in this action

**FILED**

DEC 27 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I. Previous lawsuits

    A. Have you begun other lawsuits in state or federal courts dealing with the same facts involved in this action or otherwise relating to your imprisonment?
YES [ ]   NO [✓]

    B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).   N/A

        1. Parties to this previous lawsuit

Plaintiffs   N/A

Defendants   N/A

2. Court (if federal court, name the district; if state court, name the county) **N/A**

3. Docket number **N/A**

4. Name of judge to whom case was assigned **JJF**

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) **N/A**

6. Approximate date of filing lawsuit **N/A**

7. Approximate date of disposition **N/A**

II. A. Is there a prisoner grievance procedure in this institution? Yes [✓] No [ ]

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes [✓] No [ ]

C. If your answer is YES,

1. What steps did you take? **I Filed several grievances**

2. What was the result? **Negative results**

D. If your answer is NO, explain why not **N/A**

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes [✓] No [ ]

F. If your answer is YES,

1. What steps did you take? **We wrote all chains of command we even wrote commissioner of corr., Govenor etc...**

2. What was the result? **Negative**

-2-

III.  Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A.  Name of Plaintiff  Francis Emory

Address  SCCC /SVOP 23207 Dupont Blvd. Georgetown, DE. 19947

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and place of employment of any additional defendants.)

B.  Defendant  Already mentioned  is employed as _____

_____ at _____

C.  Additional Defendants  Already mentioned on Amended Complaint

IV.  Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

Above-said mentioned Defendant(s) violated my civil and constitutional rights by denying me medical treatment and forcing me to drink rust water and eat food with magets in it.

V.  Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

I want the same relief as previously mentioned plaintiff's

Signed this 23rd day of Dec. , 2007.

+ Francis Emory
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

12-23-07
Date

+ Francis Emory
(Signature of Plaintiff)

