**Please ADD ME ON THIS Case #**

AO 240 (DELAWARE REV 7.00)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Francis Emory
Plaintiff

V.

Defendant(s)
Already mentioned

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 1:07-CV-00749JJF

I, Francis Emory, declare that I am the (check appropriate box)
☒ Petitioner/Plaintiff/Movant   ☐ Other in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☒ Yes ☐ No (If "No" go to Question 2)

   If "YES" state the place of your incarceration  SVOP

   Are you employed at the institution?  ☐ Yes ☒ No

   Do you receive any payment from the institution?  ☐ Yes ☒ No

   FILED
   DEC 27 2007
   U.S. DISTRICT COURT
   DISTRICT OF DELAWARE

   *Have the institution fill out the certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past SIX months' transactions. Ledger sheets are not required for cases filed pursuant to 28:USC §2254.*

2. Are you currently employed? ☐ Yes ☒ No

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.  N/A

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.  N/A

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | |
   |---|---|---|
   | a. | Business, profession or other self-employment | ☐ Yes ☒ No |
   | b. | Rent payments, interest or dividends | ☐ Yes ☒ No |
   | c. | Pensions, annuities or life insurance payments | ☐ Yes ☒ No |
   | d. | Disability or workers compensation payments | ☐ Yes ☒ No |
   | e. | Gifts or inheritances | ☐ Yes ☒ No |
   | f. | Any other sources | ☐ Yes ☒ No |

   If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.  N/A

4. Do you have any cash or checking or savings accounts?   ☐ Yes ☑ No

   If "Yes" state the total amount $ __0__

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ☐ Yes ☑ No

   If "Yes" describe the property and state its value.   N/A

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state *NONE* if applicable.

   N/A

I declare under penalty of perjury that the above information is true and correct.

Date: 12-23-07          Signature of Applicant: *Francis Emory*

---

# SEE ATTACHED
# SIX MONTH STATEMENT