*"Please Add me on as Plaintiff"*

AO 240 (DELAWARE REV 7/00)

Darren STAATS

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Plaintiff

V.

Defendant(s)

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 1:07-CV-00 749 JJF

I, Darren Staats declare that I am the (check appropriate box)
☑ Petitioner/Plaintiff/Movant ☐ Other in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

F I L E D

DEC 2 7 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

1.    Are you currently incarcerated? ☑ Yes ☐ No (If "No" go to Question 2)

If "YES" state the place of your incarceration   SVOP

Are you employed at the institution?   ☐ Yes ☑ No

Do you receive any payment from the institution?   ☐ Yes ☑ No

*Have the institution fill out the certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past SIX months' transactions.    Ledger sheets are not required for cases filed pursuant to 28 USC §2254.*

2.    Are you currently employed? ☐ Yes ☑ No

a. If the answer is "YES" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.    N/A

b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.    N/A

3.    In the past 12 twelve months have you received any money from any of the following sources?

|   | | |
|---|---|---|
| a. | Business, profession or other self-employment | ☐ Yes ☑ No |
| b. | Rent payments, interest or dividends | ☐ Yes ☑ No |
| c. | Pensions, annuities or life insurance payments | ☐ Yes ☑ No |
| d. | Disability or workers compensation payments | ☐ Yes ☑ No |
| e. | Gifts or inheritances | ☐ Yes ☑ No |
| f. | Any other sources | ☐ Yes ☑ No |

If the answer to any of the above is "YES" describe each source of money and state the amount received *AND* what you expect you will continue to receive.    N/A

4.  Do you have any cash or checking or savings accounts?    ☐ Yes  ☑ No

    If "Yes" state the total amount $ _____ 0 _____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?    ☐ Yes  ☑ No

    If "Yes" describe the property and state its value.    N/A

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.    N/A

    I declare under penalty of perjury that the above information is true and correct.

    Date: 12-23-07        Signature of Applicant _Darren Staats_

# SEE ATTACHED
# SIX MONTH STATEMENT

INMATE ACCOUNT STATEMENT

**DARREN STAATS** _____          _____ 23-Oct-07 _____
NAME                                    SCCC ADMIT DATE

467006 _____                    _____
SBI#                                    DATE RELEASED

| DATE | DEPOSITS | Type of Deposit | DISBURSE MENT | Type of Disburs. | | BALANCE |
|------|----------|-----------------|---------------|------------------|---|---------|
|  | $0.00 |  | $0.00 |  |  | $0.00 |
|  | $0.00 |  | $0.00 |  | $0.00 | $0.00 |
|  | $0.00 |  | $0.00 |  | $0.00 | $0.00 |
|  | $0.00 |  | $0.00 |  | $0.00 | $0.00 |
|  | $0.00 |  | $0.00 |  | $0.00 | $0.00 |
|  | $0.00 |  | $0.00 |  | $0.00 | $0.00 |
|  | $0.00 |  | $0.00 |  | $0.00 | $0.00 |
|  | $0.00 |  | $0.00 |  | $0.00 | $0.00 |
|  | $0.00 |  | $0.00 |  | $0.00 | $0.00 |
|  | $0.00 |  | $0.00 |  | $0.00 | $0.00 |
|  | $0.00 |  | $0.00 |  | $0.00 | $0.00 |
|  | $0.00 |  | $0.00 |  | $0.00 | $0.00 |
|  | $0.00 |  | $0.00 |  | $0.00 | $0.00 |
|  | $0.00 |  | $0.00 |  | $0.00 | $0.00 |
|  | $0.00 |  | $0.00 |  | $0.00 | $0.00 |
|  | $0.00 |  | $0.00 |  | $0.00 | $0.00 |
|  | $0.00 |  | $0.00 |  | $0.00 | $0.00 |
|  | $0.00 |  | $0.00 |  | $0.00 | $0.00 |
|  | $0.00 |  | $0.00 |  | $0.00 | $0.00 |
|  | $0.00 |  | $0.00 |  | $0.00 | $0.00 |
| TOTAL | $0.00 |  | $0.00 |  |  | $0.00 |

**$0.00**
OPENING BALANCE
**$0.00**
ACCOUNT BALANCE

**TYPE OF DISBURSMENTS**
R/B          room/board owed from previous visits to SWRU
MED =        Visits to medical
TRANS =      transportation owed from previous visits
P2 =         Pay to's submitted thru business office
DG  =        Dollar General/commissary
TRANSF       Transfers to Other Institutions
SP. COURT    Superior Court
**TYPE OF DEPOSITS**
M/O  =       money orders received outside of institution
B/R  =       booking and receivng
CK  =        checks
CASH
I / W =      inmate wages