To whom it may concern,

my name is Raymond E. Blake SBI# 377092 case #
1:07-cv-749 JJF. And I am writting in request
to combine case # 1:07-cv-783 JJF. Plaintiff's
to my 1:07-cv-749 JJF, because I'm the lead
Plaintiff in both cases and both cases are
Pertaining to the same situation so I don't
See any reason in loading up the court calendar
for the same issues. So I respectfully request
to drop all named Defendant(s) in case # 1:07-cv-
783 and add all Plaintiff's and Defendant(s)
to 1:07-cv-749 JJF Amended complaint.
Thanks for your time & patience /
*

F I L E D

DEC 27 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Respectfully
submitted,

Ray Blake

Raymond E. Blake
SBI# 377092
Sccc/svop
23207 Dupont Blvd.