ORIGINAL

IN THE UNITED STATES DISTRICT COURT IN AND FOR THE DISTRICT COURT OF DELAWARE

Raymond E. Blake
(PlaintiFF)
VS.
J. Mears (officer)
Micheal costello (staff Liutenant)
(warden) Robert George
Sussex county
(OFFicer) Hills
(Correctional medical service) C.M.S.
Richard Norwood (officer)
Georgetown (TOWN)
Adams (OFFicer)
Durst (Doctor)
Sharon Maceroy (Nurse)
Jones (OFFicer)
Carl C. Danberg (commissioner of corrections)
Hanna (officer)
Long (officer)
Kahoe (officer)
Richard Calvert (officer)

Civil Action #1:07-cv-00749
JJF

| Jury trial | Yes | No |
|---|---|---|
| | X | |

FILED
DEC 27 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

# AMENDED CIVIL 1983 COMPLAINT

This is a 1983 Amended civil complaint brought forth by Plaintiff Raymond Blake for the deprivation and violation(s) of (a) 1981., (b) 1985., 1986 (c) and or whichever other constitutional violations that may have occurred that above-said plaintiff may not be familiar with. Plaintiff Raymond E. Blake is bringing this 42 USCS 1983 Amended civil complaint forward to the District court in search of monitary and or injunctive relief.

## 1) PLAINTIFF

Plaintiff is a (27) twenty-seven year old African American muslim male, who was incarcerated on 11-1-07 and Sentenced on 11-14-07 to 90 days level 4 V.O.P center with "No Probation to follow". Plaintiff is currently a resident of the Sussex correctional Center (SVOP) 23207 Dupont Blvd. Georgetown, DE. 19947. And since incarcerated he has experienced mounts of constitutional violations by all mentioned above Defendant(s).

## 2.) DEFENDANT(S)

A.) J. Mears is liable in official and unofficial capacity as an "officer" for the SVOP facility., and he is liable and or at fault for

constitutional rights., and causing consequental suffering.

B.) Micheal costello is liable in official and unofficial capacity as an "staff lieutenant" for the SVOP facility., and he is liable and or at fault for Knowingly with reckless disregard and or culpable state of mind violating Plaintiff's civil and constitutional rights., and causing consequental suffering.

C.) Robert George is liable in official and unofficial capacity as an "Warden" for the SVOP facility., and he is liable and or at fault for knowingly and intentionally with reckless disregard and or culpable state of mind violating Plaintiff's civil and constitutional rights.

D.) Sussex County is liable in official and unofficial capacity as "county" for the SVOP facility., and are liable and or at fault for Knowingly and intentionally with reckless disregard and or culpable state of mind violating Plaintiff's civil and constitutional rights.

E.) Hills is liable in official and unofficial capacity as an "officer" for the SVOP facility., and he is liable and or at fault for knowingly and intentionally with reckless disregard and or culpable state of mind violating Plaintiff's civil and constitutional rights.

:) Correctional medical service (C.M.S.) is liable in official and unofficial capacity as an "correctional medical service" for SVOP facility., and are liable and or at fault for knowingly and intentionally with reckless disregard and or culpable state of mind violating Plaintiff's civil and constitutional rights., and causing consegoental suffering.

i.) Richard Norwood is liable in official and unofficial capacity. as an "officer" for the SVOP facility., and he is liable and or at fault for knowingly and intentionally with reckless disregard and or culpable state of mind violating Plaintiff's civil and constitutional rights., and causing consequental suffering

i.) Georgetown is liable in official and unofficial capacity as the "town" in which SVOP facility receives their water supply., and are liable and or at fault for knowingly and intentionally with reckless disregard and or culpable state of mind violating Plaintiff's civil and constitutional rights., and causing consequental suffering.

.) Adams is liable in official and unofficial capacity as an "officer" for the SVOP facility., and he is liable and or at fault for knowingly and intentionally with reckless disregard and or culpable state of mind violating Plaintiff's civil and constitutional rights., and causing consequental suffering.

J.) Durst is liable in official and unofficial capacity as an "Doctor" for the SVOP facility., and he is liable and or at fault for Knowingly and intentionally with reckless disregard and or culpable state of mind violating Plaintiff's civil and Constitutional rights., and causing consequental suffering.

K.) Sharon Maceroy is liable in official and unofficial capacity as a "Nurse" For the SVOP facility., and she is liable and or at fault for Knowingly and intentionally with reckless disregard and or culpable state of mind violating Plaintiff's civil and constitutional rights., and causing consequental suffering.

-.) Jones is liable in official and unofficial capacity as an "officer" For the SVOP facility., and she is liable and or at fault for Knowingly and intentionally with reckless disregard and or culpable state of mind violating Plaintiff's civil and constitutional rights., and causing consequental suffering.

1.) Carl C. Danberg is liable in official and unofficial capacity as the "Commissioner of Corrections" for the State of Delaware; He's in management of all above-said mentioned operations and overall supervisor of all above-said Defendant(s) ..

knowingly and intentionally with reckless disregard and or culpable state of mind violating Plaintiff's civil and constitutional rights., and causing consequental suffering.

N.) Hanna is liable in official and unofficial capacity as an "officer" for the SVOP facility., and she is liable and at fault for knowingly and intentionally with reckless disregard and or culpable state of mind violating Plaintiff's civil and Constitutional rights., and causing consequental suffering.

O.) Long is liable in official and unofficial capacity as an "officer" for the SVOP facility., and He is liable and or at fault for knowingly and intentionally with reckless disregard and or culpable state of mind violating Plaintiff civil and constitutional rights., and causing consequental suffering.

P.) Kahoe is liable in official and unofficial capacity as an "officer" for the SVOP facility., and He is liable and or at fault for knowingly and intentionally with reckless disregard and or culpable state of mind violating Plaintiff's civil and constitutional rights., and causing consequental suffering.

# 3.) FACTS

Q.) My name is Raymond E. Blake SBI# 377092 one of the above mentioned plaintiFF's in this case# 1:07-CV-00749JJF. Every since I've entered the SVOP facility there's been mounts of violations towards the residents there from the above-said Defendant's. All violations have been documented by my self and several other inmates who reside or resided at the SVOP Facility. We've been forced to drink unfit, safe risk to human beings, unsanitary rust water, Mased in the face and beat with mase cans, threatened by officials, Denied the opportunity to practise our religious beliefs, forced to sleep in 20° degrees in below weather with the air conditioners cut on us all day and night, Endured racist remarks, life's threatened, retaliated against for filing grievances, Denied medical assistance from staff, Placed on medication due to bacteria infested drinking water, lied to by medical Personale, Denied access to legal counsel, Phone privilages taken and sanctioned for weeks behind false allegations, Endured health problems or complicati- due to this facilities [illegible]

Every since plaintiff's confronted (warden) Robert George about the rust in the drinking water, the warden has had his staff Lt. Costello, officer(s): Hill, C.M.S, Norwood, Adams, Durst (Doctor), Sharon Maceroy (Nurse), Jones, Hanna, Long, Kahoe and all above-said Defendant(s) retaliate against above-mentioned Plaintiff's. Kahoe and J. Mears denied access to lawyers to establish an adequate defense. All above-said Defendant(s) knowingly and with reckless disregard violated said plaintiff's civil and constitutional rights. Several grievances have been written and ran up the chain to various chains of command only to receive negative results. All above-said Defendant(s) denied Plaintiff's rights to Practise Islamic Beliefs. All above-said Defendant(s) made racial remarks towards the African American resident(s) mentioned as plaintiffs. Georgetown and Sussex county are all responsible for the water supply entering the SVOP facility., Rust was found in the water supply that all above-said resident(s) were forced to drink by all-above mentioned Defendant(s)

Plaintiff's have received mounts of racial remarks and retaliation from Micheal costello, Robert George, Hills, J. Mears, C.M.S, Richard Norwood, Adams, Durst, sharon Maceray, Jones, Hanna, Long, Kahoe. Plaintiff's have been mased and beat with mase cans by Richard Calvert and corprol Kidd. All Defendant(s) violated the Plaintiff's Eighth and Fourteenth Amendment rights as well as several other civil and constitutional violations thats: been previously mentioned. All Defendant(s) were made aware with letters and grievances about the mistreatment and violations on several occassions by the many above-said mentioned Plaintiff's., All Defendant(s) were in Culpable state of mind, because they Knowingly with reckless disregard caused Deliberate Indifference to above-said Plaintiff's whom all are or was inmates in the SVOP facility. All above-said Defendant(s) had A subjective knowledge as to the many violations they were inflicted on Plaintiff's which in return caused the moving Force of a substantial risk of serious

All above-said Defendant(s) inflicted or part took in causing "cruel and unusual punishment" towards the many of above-said plaintiff's. All above-said Defendant(s) Knowingly and unreasonably disregarded an objectively intolerable risk of harm and they will continue to do so, if the Honorable Courts don't remedy this infectious behavior and or beastly misconduct expressed by the above-said Defendant(s).

SEE ATTACHED GRIEVANCES
EXHIBIT "A"

EXHIBIT "A"

(1)

FORM #584

GRIEVANCE FORM

FACILITY: SVOP DATE: 11/6/07

GRIEVANT'S NAME: Raymond E. Blake SBI#: 377092

CASE#: N/A 11-07-254 TIME OF INCIDENT: On Going

HOUSING UNIT: POD#10

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

To whom it may concern,
My name is Raymond E. Blake and I am writting in regards to this unsanitary, Health risk to human beings water here at this SVOP Facility. This water torned my wash clothe green and I believe it's the cause to my kidneys hurting every night. It's causing my back to break out in hives and my skin is peeling off on my legs aswell. I'm scared to drink the liquids from this facility and liquids are essential to the human survival.

ACTION REQUESTED BY GRIEVANT: Please Respond immediately!

GRIEVANT'S SIGNATURE: Ray Blake DATE: 11/6/07

WAS AN INFORMAL RESOLUTION ACCEPTED? ____(YES) X (NO)

Work Order Submitted. 11/10/07

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:________________ DATE:______________

"PROOF OF RETALIATION"

**COMMUNITY CORRECTIONS**

**PROGRAM VIOLATION**

Name: Blake Raymond SBI: 377092 Housing: Supp Pallo 12 A
Location of Incident: Pallo Date: Time: 11/13/07 0755 Approx
Witnesses: ____

**VIOLATION(s)**

( )Off limits (X)Disorderly Behavior ( )Failure to be within 1 Hour Contact
( )Contraband ( )Dangerous Contraband ( )Late Returning from Phase Pass
( )Lying to Staff ( )Failure to report R & B ( )Late Returning from Job Seeking
( )Failure to submit to Drug/Alcohol Testing
(X)Other: Threatening Staff
( )**Use of Non-Prescribed Medication/Illegal Drugs and/or Alcohol:**
Results **Positive** for:
( )**Alcohol** Reading: ____ Time: ____ Reading: ____ Time: ____
( )**Drugs** On __/__/__ You submitted to a urine screen and
The results of that testing came back **POSITIVE** for the following:
( )Cannabinoids ( )Cocaine ( )Opiates ( )Benzodiazepines ( )Phencyclines
( )Other: ____

Details of Incident:

On the above date and approximate time I was assisting SGT Kober in pod 10 Dorm when offender Blake approached me. Offender Blake stated that I had to turn the pod phone on. I told offender Blake that the pod phones are privileges and that they [illegible] lose them. Offender Blake then told me that I cannot take the phones and that he will talk to his lawyer and he asked what my name was for

Employee
Name/Title: C.O. J. Moore Signature: [signature]

Comments From Resident:

his lawyer [illegible]

(X)I will appear for MDT ( )I will **not** appear for MIDT (Attach additional sheets if necessary)
I have reviewed this program violation and acknowledge it's existence. I **Do Not** admit guilt.
Resident Signature: Raymond E. Blake

MDT Date: ____ Resident Present: ( )Yes ( )No
Members Present: ____
Decision: ____
Reviewed by: ____ Concur: ( )Yes ( )No If no, what is the amended Penalty?

Original--MDT Second Copy--Officer after disposition Offender before hearing

Form #: 142-B



FORM #584

GRIEVANCE FORM

FACILITY: SVOP DATE: 11-16-07

GRIEVANT'S NAME: Raymond E. Blake SBI#: 377092

CASE#: N/A V-07-266 TIME OF INCIDENT: On going problem

HOUSING UNIT: #9

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

To whom it may concern,
I'm writting because you people keep cutting he phone lines off hindering me from communicating with ny attorney. This is a clear Federal violation of ny sixth and eighth amendment right. I'm tired of his mistreatment and I've written letters to Ruth Ann Minner nd Carl C. Danberg making them aware of this ongoing situation.

CTION REQUESTED BY GRIEVANT: Please investigate and or respond to this plain violation.

IEVANT'S SIGNATURE: Ray Blake DATE: 11-16-07

S AN INFORMAL RESOLUTION ACCEPTED? ______(YES) ______(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

EVANT'S SIGNATURE:________________ DATE:______________

Not Grievable Phones Are A Privelege

NRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

(3)

FORM #584

GRIEVANCE FORM

FACILITY: S.V.O.P DATE: 11-19-07

GRIEVANT'S NAME: Keenan wright SBI#: 413053

CASE#: 11-07-272 TIME OF INCIDENT: 11-19-07 16:55 pm

HOUSING UNIT: pod 1

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

to whom it may concern,
~~I'm writting this grievance for documentation~~
on 11-19-07,
~~Keenan wright had Arrive from a work~~
~~Crew About 1:30 to 2:15 mr wright went~~
to his pod and went to sleep untill dinner time they call pod 8 out to go to Dinner c/o Bead Robery was concluding a shakedo on pod 8 when he faud a Homemade Cigrette under the matteress on Bunk 10 B. offender wright keenan is bunked

ACTION REQUESTED BY GRIEVANT: I was force to signature the Right I would like to know if some body can look in to the problem please? he set me up.

GRIEVANT'S SIGNATURE: Keenanwright DATE: 11-21-07

WAS AN INFORMAL RESOLUTION ACCEPTED? _____(YES) _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: ________________ DATE: ________________

DISCIPLINE ISSUES ARE NOT GRIEVABLE [initials]

(4)

**FORM #584**

**GRIEVANCE FORM**

FACILITY: SVOP DATE: 11-20-07

GRIEVANT'S NAME: Raymond E. Blake SBI#: 377092

CASE#: ~~#1A~~ V-07-276 TIME OF INCIDENT: ON GOING Problem!

HOUSING UNIT: POD #9

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

To whom it may concern,

my name is Raymond E. Blake and I'm writting in regards to the ongoing mistreatment that I am receiving here at this SVOP facility. I was written up by C/O J. Mears on 11-13-07 for disorderly behavior, because I asked him to cut the Pod telephones on so I could contact my attorney. I went to the MDT board today and Sgt. Norwold, Lt. Costello, and Staff Mr. Adams found me guilty of the charge without me ever getting the opportunity to face my accuser. They never told me my Rights and they never allowed me to appeal the decision. This is wrong and I feel like I'm being retaliated against, because I confronted the warden about this rust in the water. It's illegal to deny unsentenced detainees access to the telephones!

ACTION REQUESTED BY GRIEVANT:

I would like to have an intense investigation on this whole ordeal. I would like to have a response at your earliest convienience!

GRIEVANT'S SIGNATURE: Ray Blake DATE: 11-20-07

WAS AN INFORMAL RESOLUTION ACCEPTED? _____(YES) _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:____________ DATE:____________

DISCIPLINE IS NOT A GRIEVABLE ISSUE. [signature]

"PROOF OF RETALIATION"

# COMMUNITY CORRECTIONS

## PROGRAM VIOLATION

Name: BLAKE, RAYMOND SBI: 00377092 Housing: VOPU
Location of Incident: POD 9 Date: Time: 11/21/07 1242
Witnesses:

**VIOLATION(s)**

( )Off limits
(X)Contraband & PASSING OF
( )Lying to Staff
( )Disorderly Behavior
( )Dangerous Contraband
( )Failure to report R & B
( )Failure to be within 1 Hour Contact
( )Late Returning from Phase Pass
( )Late Returning from Job Seeking
( )Failure to submit to Drug/Alcohol Testing
( )Other:
( )**Use of Non-Prescribed Medication/Illegal Drugs and/or Alcohol:**

Results **Positive** for:
( )**Alcohol** Reading:______ Time:______ Reading:______ Time:______
( )**Drugs** On __/__/__ You submitted to a urine screen and
The results of that testing came back **POSITIVE** for the following:
( )Cannabinoids ( )Cocaine ( )Opiates ( )Benzodiazepines ( )Phencyclines
( )Other:

Details of Incident:
ON THE ABOVE DATE & APPROX TIME AS I/M BLAKE WAS PACKING TO BE MOVED TO POD 1 PENDING MDT, I WATCHED HIM HAND HIS COPY OF HIS PROGRAM VIOLATION TO I/M WILLIAM O'DONNELL.

Employee Name/Title: S/LT. COSTELLO Signature: [signature]

Comments From Resident:
I will like to have 15 witnesses present

(✓)I will appear for MDT ( )I will **not** appear for MIDT (Attach additional sheets if necessary)
I have reviewed this program violation and acknowledge it's existence, I **Do Not** admit guilt.
Resident Signature: X Ray Blake

MDT Date:______ Resident Present: ( )Yes ( )No
Members Present:
Decision:
Reviewed by:______ Concur: ( )Yes ( )No If no, what is the amended Penalty?

Original--MDT Second Copy--Officer after disposition Offender before hearing

Form #: 142-B

(5)

**FORM #584**

**GRIEVANCE FORM**

**FACILITY:** SVOP **DATE:** 11-21-07

**GRIEVANT'S NAME:** Raymond E. Blake **SBI#:** 37709

**CASE#:** N/A V-07-279 **TIME OF INCIDENT:** on going Problem!

**HOUSING UNIT:** POD #1

**BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.**

To whom it may concerN,

I'm writting because I am receiving an ongoing retaliation and or harrassment from Staff Lt. Costello. Staff Lt. Costello wrote me up because I wrote him A letter asking him to enter A Appeal from the MDT board's decision in which they found me guilty of Disorderly behavior for asking an officer to utilize the telephone to contact my attorney. I read my manuel and it clearly says to write him if you have "problems" with the MDT Board. He moved me to POD#1 sanction Pod and told me that he's going to Kill me real SOON!

**ACTION REQUESTED BY GRIEVANT:** Please help me, because I'm in Fear of my life! I feel like Staff Lt. Costello and the warden are trying to Kill me, because I documented the many of violations in this building to the district court!

**GRIEVANT'S SIGNATURE:** Ray Blake **DATE:** 11-21-07

**WAS AN INFORMAL RESOLUTION ACCEPTED?** _____(YES) _____(NO)

**(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)**

**GRIEVANT'S SIGNATURE:**_______________ **DATE:**_______________

Staff issues are to be sent to the warden.

**IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.**

**cc: INSTITUTION FILE**
**GRIEVANT**

**April '97 REV**

| Witnesses | SBI# |
|---|---|
| Greg Hawkes | 374876 |
| Robert Valentine | 350269 |

| Name | SBI# |
|---|---|
| 5. Eric Teel | 394876 |
| 6. Oscar Jones | 194925 |
| 7. Ronald Cannon | 502250 |



**FORM #584**

**GRIEVANCE FORM**

FACILITY: SVOP DATE: 11-21-07

GRIEVANT'S NAME: Keenan wright SBI#: 431053

CASE#: ~~I/A~~ V-07-280 TIME OF INCIDENT: 10-23-07 2:30 p.m.

HOUSING UNIT: POD # 1

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

To whom it may concern,

I'm writting this grievance for documentation. On 10-23-07 I was physically attacked by Cpl. Richard calvert. Cpl. Richard calvert took me out on road crew with him. I completed my task with him to paint the trucks. I was talking while performing my assignment and Cpl. calvert grabbed me by my shirt and said "you want to keep talking" and he mased me in my face. while masing me in my face I tried to cover my eyes and then Cpl. calvert began beating me up side my head with the big bottle of mase causing my head and Forehead to instantly lump up. He said Nigger get down before I kill you!

ACTION REQUESTED BY GRIEVANT:

I want internal Affairs notified and an Intense investigation on this situation.

GRIEVANT'S SIGNATURE: Keenan Wright DATE: 11-21-07

WAS AN INFORMAL RESOLUTION ACCEPTED? ______(YES) ______(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:__________________ DATE:__________________

STAFF ISSUES ARE to be SENT to THE WARD

(7)

**FORM #584**

**GRIEVANCE FORM**

FACILITY: SVOP DATE: 11-22-07

GRIEVANT'S NAME: Raymond E. Blake SBI#: 377092

CASE#: N/A V-07-281 TIME OF INCIDENT: ON going Problem!

HOUSING UNIT: POD# 1

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

To whom it may concern,
I'm writting for documentation of the ongoing retaliation that I'm receiving from Warden Robert George's staff team. Every since I've complained about warden George mistreating me and my fellow SVOP residents by making us drink rust water. I've been getting attacked by staff Lt. Costello and the rest of their goons. They've placed me on A sanction Pod preventing me from contacting my attorney or family members. They've threatened to mase me and kill my Nigger ASS on several occassions I'm in fear for my life down here and I've contacted Ruth Ann Minner, Carl C. Danberg and the Internal Affairs about this mistreatment.

ACTION REQUESTED BY GRIEVANT: Please investigate this ongoing Retaliation that I am receiving at this SVOP facility. Thanks for your time & Patience!

GRIEVANT'S SIGNATURE: Ray Blake DATE: 11-22-07

WAS AN INFORMAL RESOLUTION ACCEPTED? ______(YES) ______(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:________________ DATE:____________

Staff issues are to be sent to warden
A

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
GRIEVANT

(8)

**FORM #584**

**GRIEVANCE FORM**

FACILITY: SVOP

DATE: 11-22-07

GRIEVANT'S NAME: Keenan Wright

SBI#: 431053

CASE#: 11-07-282

TIME OF INCIDENT: On going Problem!

HOUSING UNIT: POD # 1

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

To whom it may concern,
I was attacked by cpl. Richard Calvert on 10-23-07. He mased me so bad that I vomited all over myself and pissed myself. He beat me upside my head and fore head through me down on the ground, called me all sorts of profanities such as "get down you Fucking Nigger" "you black sun of A bitch" cpl. Kidd was choking me and he put his knees on the back of my head while I was on the ground causing my forehead to feel like it was going to explode. They beat me so bad that the nurses didn't want to take pictures, because the warden was there threatening them that they better not get involved.

ACTION REQUESTED BY GRIEVANT:

I still have pains at night in my neck, ribs, back etc... I want internal Affairs involved in this investigation!

GRIEVANT'S SIGNATURE: Keenan Wright DATE: 11-22-07

WAS AN INFORMAL RESOLUTION ACCEPTED? _____(YES) _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:____________ DATE:____________

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

Staff issues are to be sent to the warden

cc: INSTITUTION FILE
GRIEVANT

(9)

FORM #584

GRIEVANCE FORM

FACILITY: SVOP DATE: 11-22-07

GRIEVANT'S NAME: Theodore Rollins SBI#: 392812

CASE#: V-07-283 TIME OF INCIDENT: On going Problem!

HOUSING UNIT: POD #1

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

To whom it may concern,

I'm writing because this Facility's water has rust in it and I'm having Kidney Problems from it. my back and neck itches and I have trouble sleeping at night knowing that I have to continue drinking Rusty water. I've also been coughing up blood.

ACTION REQUESTED BY GRIEVANT: internal Affair investigation

GRIEVANT'S SIGNATURE: Theodore Rollins DATE: 11-22-07

WAS AN INFORMAL RESOLUTION ACCEPTED? _____(YES) _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_______________ DATE:_______________

Water issues are being ... by the ... [illegible]

copy *

11-9-07

(10)

TO: Mr. Warden George,

My name is Raymond E. Blake and I m writting you on behalf of myself and the rest of the residents here at this SVOP facility. Mr. warden we have a serious problem that needs to be addressed immediately!

The water here at your facility has rust in it and it's A serious human health hazard. I along with several other residents of this facility have complained to your staff team and they're all directing the complaints to you and the maintenance people. We've written several grievances about this Dire emergency only to return with negative results. No one responded! You're made aware now and if [illegible] solve this problem we'll get the

witnesses who were and still are affected by this sVOP Rusty water. (10)

| NAME | SBI # | POD | DATE |
|---|---|---|---|
| Anthony D. Goines | 217795 | Pod-10 | 11/9/07 |
| David J Leavitt | 588400 | Pod-10 | 11/9/07 |
| W. Wise | 140789 | Pod, 10 | 11-09-07 |
| Alden L. Cannon | 281691 | Pod-10 | 11-09-07 |
| ISAIAH SMILEY | 309273 | POD-10 | 11-09-07 |
| Donald C. Hamaker, Jr. | 402635 | Pod-10 | 11-09-07 |
| Dwayne Beardley | 484-874 | Pod-10 | 11/09/0 |
| [illegible] | 497031 | Pod-10 | 11-09-07 |
| Keynan Hunter | 442215 | Pod-10 | 11-09-07 |
| Michael Lambert | 344010 | Pod-10 | 11-09-0 |
| Lorenzo BLUE | 498-236 | pod. 10 | 11-09-07 |
| Michael Washington | 442610 | POD 10 | 11-9-07 |
| Jayari Watson | 441638 | Pod 10 | 11-9-0 |
| Keith Taylor | 582538 | Pod 10 | 11-9-07 |
| Joseph WALLACE | 448-424 | pod 10 | 11.9.07 |
| Charles LeCate | 209822 |  | 11-9-0 |
| MARTY ROBERTS | 174059 | #7 | 11-9-07 |
| Jerome Bell | 288217 | 7 | 11-9-0 |
| Keith Maye | 444911 | 7 | 11-9-0 |
| David L. Johnson | 453892 | Pod-9 | 11-9-07 |
| David Preston III | 543791 | Pod 6 | 11-9-0 |

| Name | SBI # | POD | DATE |
|---|---|---|---|
| 1. Tyrouse Fisher | 454002 | Pod 6 | 11-9-07 |
| 2. CARLOS A. Ortiz | #356803 | Pod 7 | 11-9-07 |
| 3. Robert Collins | #301629 | Pod 7 | 11-9-07 |
| 5. Wayne Wilson | 435754 | Pod 7 | 11-9-07 |
| 6. Michael Allen | 310099 | Pod 6 | 11-9-07 |
| 7. Keith Lawson | 341937 | Pod 9 | 11-9-07 |
| 8. Ricky Truitt | 228532 | Pod 10 | 11-9-07 |
| Marvin Hicks | 0581340 | Pod 10 | 11-9-07 |
| William Moore | 245657 | Pod 10 | 11-9-07 |
| Daniel Davis | 255781 | Pod 10 | 11-9-07 |
| 2. Chris Eger | 566719 | Pod 10 | 11-9-07 |
| 3. Robert Brothers | 544981 | Pod 10 | 11-9-07 |
| 4. PATRICK N. DEVONSHIRE | 488531 | " " | 11-9-07 |
| 5. Manuel Vazquez | 573109 | Pod #10 | 11-9-07 |
| 6. Earnest Jones | 529043 | Pod #10 | 11-9-07 |
| 7. Lamar Jones | 569021 | Pod # 10 | 11-9-07 |
| 8. Damon Jones | 494346 | Pod #9 | 11-15-07 |
| 9. | | | |

| name | SBI # | POD | Date |
|---|---|---|---|
| 1. Vernon Moon | 465076 | # 9 | 11/16/07 |
| 2. [illegible] | 431053 | # 1 | 11-22-07 |
| 3. Chad [illegible] | 295970 | #1 | 11-22-07 |
| 4. Danny Soso | 576292 | #1 | 11-22-07 |
| 5. Anthony Watkins | | #1 | 11-22-07 |
| 6. Rodney Scarber | | #1 | 11-22-07 |
| 7. RICH HOGAN | 207204 | # 1 | 11.22.07 |
| 8. James Pettit | 185146 | # 1 | 11/22/07 |
| 9. William O'Donnell | 500434 | #1 | 11/22/07 |
| 1. Henry Boss | 459418 | # 1 | 11/22/07 |
| 1. Lakoma Medley | 257334 | # 1 | 11/22/07 |
| 2. Orlando Bland | 257424 | #1 | 11/22/07 |
| 3. Karl Owens | 428918 | # 1 | 11/22/07 |
| 4. TheodoreRollins | 392812 | #1 | 11/22/07 |
| 5. Markier Rivera | 517461 | #4 | 11/30/07 |
| 6. | | | |
| 7. | | | |

| Name | SBI# | POD | Date |
| --- | --- | --- | --- |
| 9. Mark Roca | 209106 | #4 | 12-16-07 |
| 9. Kurt Kolodi | 356746 | #4 | 12-16-07 |
| 1. William D Baker | 451734 | #4 | 12-16-07 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 0. | | | |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 14. | | | |
| 15. | | | |
| 16. | | | |

(11)

**FORM #584**

**GRIEVANCE FORM**

FACILITY: SVOP DATE: 11-29-07

GRIEVANT'S NAME: Raymond E. Blake SBI#: 377092

CASE#: ~~N/A~~ 11-07-295 TIME OF INCIDENT: ON GOING PROBLEM!

HOUSING UNIT: POD #1

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

To whom it may concern,
I'm writting because, The muslims of this facility are not being given our Islamic religious services. Since I've been in this facility for the past month these people haven't given us our Islamic services and I'm tired of this mistreatment. It's our 1st Amendment right to practice our religous beliefs and I along with several other muslim residents want what's rightfully ours! The christians get theirs every week and we want ours every Friday at 1:00 p.m.

ACTION REQUESTED BY GRIEVANT: We want ~~this~~ this situation investigated and I personally want services every Friday.

GRIEVANT'S SIGNATURE: Raymond E. Blake DATE: 11-29-07

WAS AN INFORMAL RESOLUTION ACCEPTED? _____(YES) _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: Raymond E. Blake DATE: 12-1-07

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
GRIEVANT

RES BLAKE HAS STATED HE WOULD BE THE EMAAN AND WILL WRITE S/LT COSTELLO TO OBTAIN APPROVAL FOR THE POSSITION. ONCE APPROVED SERVICES WILL COMMINCE.

April '97 REV

(12)

**FORM #584**

**GRIEVANCE FORM**

**FACILITY:** SVOP **DATE:** 11-29-07

**GRIEVANT'S NAME:** Raymond E. Blake **SBI#:** 377092

**CASE#:** ~~N/A~~ 11-07-298 **TIME OF INCIDENT:** ongoing Problem!

**HOUSING UNIT:** POD #1

**BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.**

To whom it may concern,
I'm receiving on going harrassment from staff Lt. Costello and the rest of his staff team. staff Lt. Costello is retaliating against me because I confronted him and warden Robert George about rust in this facilities water and denial to utilize the telephones to effectively establish an adequate defense. I've been placed on a sanction POD for no apparent reason! And on top of that Costello gave me a double jeopordy write-up plus sanction because I wrote him a letter telling him that I wanted to Appeal his MDT's Decision. These people have threatened to kill me on several occassions and the harrassment is unbareable! I'm undergoing excessive punishment at this facility.

**ACTION REQUESTED BY GRIEVANT:**

I want internal Affairs notified of the excessive harrassment that I'm receiving at this facility.

**GRIEVANT'S SIGNATURE:** Ray Blake **DATE:** 11-29-07

**WAS AN INFORMAL RESOLUTION ACCEPTED?** _____(YES) _____(NO)

**(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)**

**GRIEVANT'S SIGNATURE:**__________ **DATE:**__________

**IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.**

Not Grievable
All staff issues are to be sent to warden.

**cc: INSTITUTION FILE**
**GRIEVANT**

"MEDICAL" (13)

RECEIVED
DEC 6 2007
SOCC
Deputy Warden

Forward to Med

**FORM #584**

**GRIEVANCE FORM**

FACILITY: SVOP DATE: 12-1-07

GRIEVANT'S NAME: Raymond E. Blake SBI#: 377092

CASE#: N/A V-07-304 TIME OF INCIDENT: On going Problem

HOUSING UNIT: POD #4

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

To whom it may concern,

I'm writting in regards to the medical unprofessionalism and or encompetence. Every since I've been in this SVOP facility I've entered all sorts of sickcall slips. At one of my visits A man by the name of Dr. Durst told me that he knows there's rust in the wa[ter] but he doesn't believe that the rust is the cause to my kidneys hurti[ng] my back breaking out in hives or the excessive coughing up of blood. He had a lady by the name of nurse Nicole take a urine sample and he also had another lady take blood. These people never treated me with anyother medical attention. I never received any antibotics or outside attention.

ACTION REQUESTED BY GRIEVANT: I want this entire situation investigated and I want outside PROFESSIONALS TO TREAT ME.

GRIEVANT'S SIGNATURE: Ray Blake DATE: 12-1-07

WAS AN INFORMAL RESOLUTION ACCEPTED? _____(YES) _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:__________ DATE:__________

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
GRIEVANT

Referred To Medical

"MEDICAL" (A)

RECEIVED
DEC 6 2007
SCCC
Deputy Warden

Forw to Med

**FORM #584**

**GRIEVANCE FORM**

FACILITY: SVOP

DATE: 12-5-07

GRIEVANT'S NAME: Raymond E. Blake

SBI#: 377092

CASE#: N/A 11-07-309

TIME OF INCIDENT: ONgoing Problem

HOUSING UNIT: POD #4

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

To whom it may concern,
I went to see the medical people today, because I've been coughing up blood, it hurts when I urinate and my skin on my back is breaking out in hives due to this rusty water. Nurse sharon Maceroy told me that she hopes the water Kills me and she's not treating me, because the warden says there's No more rust in the water. when I asked her for her name she yelled at me and said "why should I give it to you, because you people can't read or write any ways"!

ACTION REQUESTED BY GRIEVANT: I want internal Affairs notified immediately and I want this documented for further proceedings. I want outside medical attention as well!

GRIEVANT'S SIGNATURE: Ray Blake

DATE: 12-5-07

WAS AN INFORMAL RESOLUTION ACCEPTED? _____(YES) _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:____________________ DATE:______________

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
GRIEVANT

Referred to Medical

April '97 REV

(15)

**FORM #584**

**GRIEVANCE FORM**

FACILITY: SVOP DATE: 12-6-07

GRIEVANT'S NAME: Raymond E. Blake SBI#: 377092

CASE#: N/A V-07-317 TIME OF INCIDENT: ongoing Problem

HOUSING UNIT: POD #4

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

To whom it may concern,
I'm writting because I would like An Extra blanket for when I sleep at night. Tempertures are ranging below 20 degrees in the afternoon so imagine how I feel at night when you people cut the air conditioner on me all night when tempertures are way below 20° degrees already! what type of sick punishment is this?

ACTION REQUESTED BY GRIEVANT: I want a extra blanket and I want this Documented.

GRIEVANT'S SIGNATURE: Ray Blake DATE: 12-6-07

WAS AN INFORMAL RESOLUTION ACCEPTED? ______(YES) ______(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:________________ DATE:________________

HEAT HAS BEEN TURNED ON FILL OUT LAUNDRY REQUEST SL

(16)

**FORM #584**

**GRIEVANCE FORM**

FACILITY: SVOP DATE: 12-7-07

GRIEVANT'S NAME: Raymond E. Blake SBI#: 377092

CASE#: N/A 11-07-319 TIME OF INCIDENT: Ongoing Problem / *

HOUSING UNIT: POD #4

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

At approximately 8:30 A.M. CPL. MANN, CPL. Wright and another C/O entered pod #4 and told the residents of the pod that we could not cover our heads up with towels and sheets. The officers told us that they knew it was freezing on the pod, but we had to just deal with it until A higher officer gave the order for us to cover up or the higher officer would make the call to cut the heat on. Temperatures are 20° degrees and below outside and the warden Robert George is still allowing the air conditioner to be cut on us all day and all night. They won't give us extra blankets or anything. Guys are coughing so hard that it sounds like lungs are coming out.

ACTION REQUESTED BY GRIEVANT: I want this documented, investigated and we want the heat cut on and extra blankets issued. This mistreatment has been going on for the past (5) Five days.

GRIEVANT'S SIGNATURE: Ray Blake DATE: 12-7-07

| Witnesses | SBI# |
|---|---|
| 1. Lamar Jones | 56902 |
| 2. Raymond Bruton | 069025 |
| 3. Randall Bradshaw | 272543 |
| 4. Mike Campbell | 306026 |
| 5. Willard Wise | 140789 |
| 6. Batson Hashim | 533447 |
| 7. Edwin Banks | 54093 |

WAS AN INFORMAL RESOLUTION ACCEPTED? ______(YES) ______(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: ________________ DATE: ________________

Heat has turned on [signature] 12/9/07

(17)

FORM #584

GRIEVANCE FORM

FACILITY: SVOP DATE: 12-7-07

GRIEVANT'S NAME: Raymond E. Blake SBI#: 377092

CASE#: N/A 1-07-320 TIME OF INCIDENT: Ongoing Problem

HOUSING UNIT: POD #4

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

At approximately 9:10 A.M. Lt. Hillard entered POD #4 to let a resident back on the pod. I Raymond E. Blake approached him and asked him to supply us with hats, gloves or blankets, because temperatures are below 20 degrees outside and the warden has the air conditioner on us all day & night. He told me that he's not giving us anything extra and that he contacted maintenance about the cold air. I told him that this Mistreatment was wrong and enhumane to us residents, And he just smiled and walked away from me.

ACTION REQUESTED BY GRIEVANT: I want this mistreatment documented, investigated for Further proceedings.

GRIEVANT'S SIGNATURE: Ray Blake DATE: 12-7-07

WAS AN INFORMAL RESOLUTION ACCEPTED? ______(YES) ______(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:____________ DATE:____________

STAFF ISSUES ARE to DEALT with by the WARDEN

(18)

FORM #584

GRIEVANCE FORM

FACILITY: SVOP

DATE: 12-8-07

GRIEVANT'S NAME: Raymond E. Blake

SBI#: 377092

CASE#: N/A I/07-324

TIME OF INCIDENT: On going Problem! *

HOUSING UNIT: POD #4

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

To whom it may concern,
I'm writting due to the failure to respond to my request from records. I've submitted several request concerning my short term release date with added on meritorious good time credits, and Noone responded. This process has been going on for the past (2) two weeks up until now. The warden told staff in the hallway on 11-13-07 that he wanted my name E-mailed to him immediately, because I mentioned my attorney to him about forcing me to drink rusty water. I just hope that he's not sabatoging my release date, because Noone responds to me when I write them anymore!

ACTION REQUESTED BY GRIEVANT:

I want this ordeal investigated immediately! Also Documented For Further proceedings! *

GRIEVANT'S SIGNATURE: Ray Blake

DATE: 12-8-07

WAS AN INFORMAL RESOLUTION ACCEPTED? ____(YES) ✓ (NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: Ray Blake

DATE: 12-9-07

offender wants his Good time credit dates. [initials] 12/9/07



STATE OF DELAWARE
OFFICE OF THE GOVERNOR

RUTH ANN MINNER
GOVERNOR

December 4, 2007

Raymond Blake
SCCC
SVOP/SWRU
SBI# 377092
23207 Dupont Blvd.
Georgetown, DE 19947

Dear Raymond:

Thank you for contacting Governor Ruth Ann Minner. The Governor is in receipt of your letter, and has asked the office of constituent relations to respond on her behalf. Governor Minner appreciates it when fellow Delawareans take the time to communicate directly on the many issues we face in Delaware.

I have asked the Department of Corrections Commissioner Carl Danberg to review your letter and take the appropriate action. Thank you again for taking the time to write to Governor Minner.

Sincerely,

Kenneth A. McDowell
Constituent Relations

"PROOF OF RETALIATION"

**COMMUNITY CORRECTIONS**

**PROGRAM VIOLATION**

Name: [illegible] SBI: 37[illegible] Housing: [illegible]
Location of Incident: Medical Date: Time: 12/11/07 1545
Witnesses: Pat Morrison RN Nicole Wilkerson CNA Keri Davidson, RN

**VIOLATION(s)**

( )Off limits ( )Disorderly Behavior ( )Failure to be within 1 Hour Contact
( )Contraband ( )Dangerous Contraband ( )Late Returning from Phase Pass
(X)Lying to Staff ( )Failure to report R & B ( )Late Returning from Job Seeking
( )Failure to submit to Drug/Alcohol Testing
( )Other:
( )**Use of Non-Prescribed Medication/Illegal Drugs and/or Alcohol:**
Results **Positive** for:
( )**Alcohol** Reading:______ Time:______ Reading:______ Time:______
( )**Drugs** On ___/___/___ You submitted to a urine screen and
The results of that testing came back **POSITIVE** for the following:
( )Cannabinoids ( )Cocaine ( )Opiates ( )Benzodiazepines ( )Phencyclines
( )Other:

Details of Incident:
I/m states [illegible] Rope [illegible] water) kills him aid [illegible] treat him. I/m has been treated.
I/m [illegible] states [illegible] to [illegible]

Employee Name/Title: [illegible] Signature: [illegible]

Comments From Resident:
[illegible] "Please spell it right".
I would not say this to a [illegible] that Mr Blake states I said.

(X)I will appear for MDT ( )I will **not** appear for MIDT (Attach additional sheets if necessary)
I have reviewed this program violation and acknowledge it's existence. I **Do Not** admit guilt.
Resident Signature: [illegible]
D. McElroy, RN 12/11/07
MDT Date:______ Resident Present: ( )Yes ( )No
Members Present:
Decision:
Reviewed by:______ Concur: ( )Yes ( )No If no, what is the amended Penalty?

Original--MDT Second Copy--Officer after disposition Offender before hearing

Form #: 142-B

(Sharon McKeroy would not treat this resident.) PROOF! *

**CORRECTIONAL MEDICAL SERVICES**
HEALTH SERVICES REQUEST FORM

FOR MEDICAL USE ONLY
Date Received: ______
Time Received: ______

**Print Name:** Marcus Barnhill **Date of Request:** 12-1?-07

ID #: 505585 Date of Birth: 7-27-78 Housing Location: Pod #4

Nature of problem or request: There's rust in the water. I would like to have my blood and urine tested for bacteria.

I consent to be treated by health staff for the condition described.

Marcus Barnhill
SIGNATURE

**PLACE THIS SLIP IN MEDICAL REQUEST BOX OR DESIGNATED AREA**

**DO NOT WRITE BELOW THIS AREA**

**Triaged by:** ______ **Referred to:** (Circle ONE)
Initials
NSC Mid-level SC Physician SC MH Dental
Other: ______

**HEALTH CARE DOCUMENTATION**

Subjective: Iron in the water does not cause infections. Please resubmit another sick call slip if necessary.

Objective: BP ______ T ______ P ______ R ______ Wt. ______

Assessment:

Plan:

RECEIVED
DEC 18 2007
By: MS CMS 0932

☐ Inmate education handout reviewed with and given to the patient.

Refer to: (Circle any applicable) Mid-level Physician MH Dental Other: ______

Signature & Title: [illegible] LPN Date: 12/18/07 Time: 0355

7166 Rev 06/04

# 4.) INJURY

R.) Injuries to plaintiFF's consisted of: Forced to Drink unfit, unsanitary, safe risk to human beings rustywater., physical, Emotional torment and/or torture., Massive threats. Denial in practising religious beliefs., Forced to sleep in enhumane conditions., racial and vulgar insults., mental and physical anguish., Massive retaliation., Health problems. ~~enadequate medical~~ assistance., Denial to adequate medical assistance., Massive punishment., Falsified punishments., Denial to establish an adequate Defense., Post traumatic stress., Psychological future discomfort etc...

# 5.) RELIEF

S.) Trial by Jury

T.) Permanent injunctive relief from the cruel and unusual punishments being inflicted on residents of the SVOP facility from above-said Defendant(s) and other state employees and their sussessors and or agents.

U.) A judgement in Favor of plaintiFF's.

V.) A Permanent outside agency to monitor the behavior of the hired employees of this SVOP Facility

W1.) PUNITIVE AND COMPENSATORY DAMAGES in the amount of ($1,000,000.00) ONE MILLION DOLLARS, From J. MEARS (OFFICER)., to be paid to plaintiFF's for violating civil and constitutional Rights as well as consequental suffering.

2.) PUNITIVE AND COMPENSATORY DAMAGES in the amount of ($5,000,000.00) FIVE MILLION DOLLARS, from MICHEAL COSTELLO (STAFF LIEUTENANT)., to be Paid to plaintiff's for violating Civil and constitutionc Rights aswell as consequental suffering.

3.) PUNITIVE AND COMPENSATORY DAMAGES in the amount of ($15,000,000.00) FIFTEEN MILLION DOLLAR from ROBERT GEORGE (Warden)., to be paid to PlaintiFF's for violating civil and constitutional Rights aswell as consequental suffering.

4.) PUNITIVE AND COMPENSATORY DAMAGES in the amount of ($50,000,000.00) FIFTY MILLION DOLLARS, from SUSSEX COUNTY., to be paid to PlaintiFF's for violating civil and constitutional Rights aswell as consequential suffering

5.) PUNITIVE AND COMPENSATORY DAMAGES in the amount of ($ 1,000,000.00) ONE MILLION DOLLARS, From HILL (OFFICER)., to be paid to plaintiff's for violating civil and constitutional Rights aswell as consequental suffering.

6.) PUNITIVE AND COMPENSATORY DAMAGES in the amount of ($50,000,000.00) FIFTY MILLION DOLLARS, From CORRECTIONAL MEDICAL SERVICES (C.M.S.), to be Paid to plaintiff's for violating civil and constit--tutional Rights as well as consequental suffering.

7.) PUNITIVE AND COMPENSATORY DAMAGES in the amount of ($ 1,000,000.00) ONE MILLION DOLLARS, From RICHARD NORWOOD (OFFICER)., to be Paid to Plaintiff's for violating civil and constitutional Rights as well as consequental suffering.

8.) PUNITIVE AND COMPENSATORY DAMAGES in the amount of ($ 1,000,000.00) ONE MILLION DOLLARS, from ADAMS (OFFICER)., to be paid to plaintiff's for violating civil and constitutional Rights as well as consequental suffering.

9.) PUNITIVE AND COMPENSATORY DAMAGES in the amount of ($150,000,000.00) ONE HUNDRED AND FIFTY MILLION DOLLARS, from Georgetown (TOWN)., to be paid to plaintiff's for violating civil and con--stitutional Rights aswell as consequental suffering.

10.) PUNITIVE AND COMPENSATORY DAMAGES in the amount of ($10,000,000.00) TEN MILLION DOLLARS, from DURST (DOCTOR); to be paid to plaintiff's for willfully conspiring in violating Plaintiff's civil and constitutional Rights aswell as consequental suffering.

11.) PUNITIVE AND COMPENSATORY DAMAGES in the amount of ($10,000,000.00) TEN MILLION DOLLARS, from SHARON MACEROY (NURSE)., to be paid to plaintiff's for willfully conspiring in violating Plaintiff's civil and constitutional Rights aswell as consequental suffering.

12.) PUNITIVE AND COMPENSATORY DAMAGES in the amount of ($1,000,000.00) ONE MILLION DOLLARS, from JONES (OFFICER)., to be paid to plaintiff's for willfully conspiring in violating Plaintiff's civil and constitutional Rights aswell as consequental

13.) PUNITIVE AND COMPENSATORY DAMAGES in the amount of ($ 100,000,000.00) ONE HUNDRED MILLION DOLLARS, from CARL C. DANBERG (Commissioner of CORRECTIONS)., to be paid to plaintiff's for conspiring with above-said Defendant(s) in violating plaintiff's Civil and constitutional Rights aswell as consequental suffering.

14.) PUNITIVE AND COMPENSATORY DAMAGES in the amount of ($ 1,000,000.00) ONE MILLION DOLLARS, from HANNA (OFFICER)., to be paid to plaintiff's for conspiring in violating plaintiff's civil and Constitutional Rights aswell as consequental suffering.

15.) PUNITIVE AND COMPENSATORY DAMAGES in the amount of ($ 1,000,000.00) ONE MILLION DOLLARS, from LONG (OFFICER)., to be paid to plaintiff's for conspiring in violating Plaintiff's civil and constitutional Rights as well as consequental suffering.

16.) PUNITIVE AND COMPENSATORY DAMAGES in the amount of ($1,000,000.00) ONE MILLION DOLLARS, from KAHOE (OFFICER)., to be paid to plaintiff's for conspiring in violating civil and constitutional Rights aswell as consequental suffering.

17.) PUNITIVE AND COMPENSATORY DAMAGES in the amount of ($15,000,000.00) FIFTEEN MILLION DOLLARS, from RICHARD CALVERT (OFFICER)., to be Paid to plaintiFF'S for physically ASSAULTING PlaintiFF'S and conspiring with other above-said Defendant(S) in the violating of plaintiff's civil and constitutional Rights aswell as consequental suffering.

18.) PUNITIVE AND COMPENSATORY DAMAGES in the amount of ($15,000,000.00) FIFTEEN MILLION DOLLARS from KIDD (OFFICER); to be paid to plaintiFF's for physically ASSAULTING PlaintiFF'S and conspiring to violate PlaintiFF'S civil and constitutional Rights aswell as consequental suffering.

19. Plaintiff's DO NOT wish to hold state Treasury accountable for the above-said violations inflicted upon them by above-said Defendant(s).

20. Plaintiff's respectfully request lieniency under Haines v. Kerns Due to the lack of legal litigation experience and lack of legal education.

Date: 12-17-07

Respectfully submitted.
R. Blake

Raymond E. Blake
SCCC/SVOP
SBI# 377092
23207 Dupont Blvd.

# CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| (1.) J. Mears<br>SVOP/SCCC<br>23207 Dupont Blvd.<br>Georgetown, DE. 19947 | (2) Micheal Costello<br>SVOP/SCCC<br>23207 Dupont Blvd.<br>Georgetown, DE. 19947 | (3) Robert George<br>SVOP/SCCC<br>23207 Dupont Blvd.<br>Georgetown, DE. 19947. |
| (4) Sussex County<br>Town Hall 39<br>~~The Circle~~<br>Georgetown, DE.<br>19947 * | (5) Hills<br>SVOP/SCCC<br>23207 Dupont Blvd.<br>Georgetown, DE. 19947 | (6) C.M.S<br>SVOP/SCCC<br>23207 Dupont Blvd.<br>Georgetown, DE. 19947 |
| (7) Richard Norwood<br>SVOP/SCCC<br>23207 Dupont Blvd.<br>Georgetown, DE. 19947 | (8) George Town *<br>TOWN HALL 39 The<br>Circle<br>Georgetown, DE.<br>19947 | (9) Adams<br>SVOP/SCCC<br>23207 Dupont Blvd.<br>Georgetown, DE. 19947 |
| (10) Durst<br>SVOP/SCCC<br>23207 Dupont Blvd.<br>Georgetown, DE. 19947 | (11) Sharon Maceroy<br>SVOP/SCCC<br>23207 Dupont Blvd.<br>Georgetown, DE. 19947 | (12) Jones<br>SVOP/SCCC<br>23207 Dupont Blvd.<br>Georgetown, DE. 19947 |



| | | |
|---|---|---|
| (13) Carl C. Danberg<br>245 McKee RD.<br>Dover, DE. 19904 | (14) HANNA<br>SVOP / SCCC<br>23207 Dupont Blvd.<br>Georgetown, DE. 19947 | (15.) Long<br>SVOP / SCCC<br>23207 Dupont Blvd.<br>Georgetown, DE. 19947 |
| (16) Kahoe<br>SVOP / SCCC<br>23207 Dupont Blvd.<br>Georgetown, DE. 19947 | (17) Richard Calvert<br>SVOP / SCCC<br>23207 Dupont Blvd.<br>Georgetown, DE. 19947 | (18.) Kidd<br>SVOP / SCCC<br>23207 Dupont Blvd.<br>Georgetown, DE. 19947 |

I Raymond E. Blake, Plaintiff, swear under oath of penalty of perjury that all above statements are facts and truth as I know it to be and as I wrote it to be.

NOTARY

Respectfully Submitted,

R. Blake

Raymond E. Blake
SBI # 377092
SCCC / SVOP
23207 ...





Raymond E. Blake
SCCC /SVOP
23207 Dupont Blvd.
Georgetown, DE. 19947

UNITED STATES POSTAL SERVICE
U.S. POSTAGE
PAID
GEORGETOWN,DE
19947
DEC 26, 07
AMOUNT
$4.60
00034881-08
0000
19801

PRIORITY
MAIL
UNITED STATES POSTAL SERVICE TM
www.usps.gov
LABEL107R, OCT 1997

Clerk of the court
U.S. District court
LockBox 18
844 N. King Street
Wilm, DE. 19801

PRIORITY
MAIL
UNITED STATES POSTAL SERVICE TM
www.usps.gov
LABEL107R, OCT 1997

U.S.M
X-RA

Envelope #7 of #7