(Rev. 4/97)

# FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

(Added on plaintiff)

MARCUS BARNHILL
(Enter above the full name of the plaintiff in this action)

Case # 1:07-cv-00749JJF

V.

Already mentioned Defendant(s)

Please add on ↗

_____
(Enter above the full name of the defendant(s) in this action

**FILED**
**DEC 28 2007**
**U.S. DISTRICT COURT**
**DISTRICT OF DELAWARE**

Scanned

I. Previous lawsuits

   A. Have you begun other lawsuits in state or federal courts dealing with the same facts involved in this action or otherwise relating to your imprisonment?
   YES [ ]    NO [✓]

   B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).   N/A

   1. Parties to this previous lawsuit

   Plaintiffs _____ N/A _____

   Defendants _____ N/A _____

2. Court (if federal court, name the district; if state court, name the county) ___N/A___

3. Docket number ___1:07-CV-00749 JJF (Add on)___

4. Name of judge to whom case was assigned ___Joseph J. Farnan___

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) ___N/A___

6. Approximate date of filing lawsuit ___N/A___

7. Approximate date of disposition ___N/A___

II. A. Is there a prisoner grievance procedure in this institution? Yes [✓] No [ ]

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes [✓] No [ ]

C. If your answer is YES,

　1. What steps did you take? ___wrote grievances___

　2. What was the result? ___Negative results___

D. If your answer is NO, explain why not ___N/A___

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes [✓] No [ ]

F. If your answer is YES,

　1. What steps did you take? ___wrote grievances___

　2. What was the result? ___Negative results___

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff  Marcus Barnhill

Address  SCCC/SVOP 23207 Dupont Blvd. Georgetown, DE 19947

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and place of employment of any additional defendants.)

B. Defendant _____ is employed as _____

_____ at _____

{ All Defendant(s) are mentioned on amended complaint }

C. Additional Defendants _____

_____

_____

_____

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

They've violated my eighth Amendment right by causing A substantial risk of harm, Deliberate indifference, being in A culpable state of mind, knowingly and intentionally forcing me to drink unfit, unhealthy, safe risk to human beings water. And I was Denied medical Assistance.

-3-

V.   Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

I want the same relief as previously mentioned Plaintiff's on this case # 1:07-CV-00749 JJF

Signed this 21st day of December, 2007.

Marcus Barnhill
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

12-21-07
Date

Marcus Barnhill
(Signature of Plaintiff)

-4-



Marcus Barnhill
S#I # 00505585
SCCC
SVOP/SWRU
23207 Dupont Blvd.
Georgetown, DE 19947

Clerk
US District Court
J. Caleb Boggs Federal Bldg.
Lock Box 18
844 N. King St.
Wilmington, DE 19801