07-749

## REQUEST FORM
### FOR
## INMATE ACCOUNT ACTIVITY STATEMENT

Inmate Name: Banker  Edwin  D                    SBI Number: 00540938
                (Last)      (First)      (M.I.)

Housing Unit: VOP - PWD 4

**FILED**

**DEC 28 2007**

**U.S. DISTRICT COURT**
**DISTRICT OF DELAWARE**

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

In accordance with Bureau of Prisons Procedure 5.4 entitled "In Forma Pauperis", please
summary of my account transactions.

scanned

_Inmate Signature_                    _Notary_

Inmate Account Activity Statement will be processed only after staff verifies your legal documents are
complete.

Date received by business office: 12-20-07 .

## INMATE ACCOUNT STATEMENT

TO:    Inmate Name: Banks          Edwin        D
                    (Last)         (First)      (M.I.)
        SBI Number: 00540938
        Housing Unit: VOP - PoJ4

FR:    Inmate Account Technician

DA:

RE:    Summary Of Account
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Attached is your account statement for the six month period of 28 NOV , 2007
through 21 Dec , 2007 .

Utilizing the calculation formula described in BOP Procedure 5.4, your average daily balance for this
period is $ 0 .

Attachment

_Notary_

INMATE ACCOUNT STATEMENT

**EDWIN BANKS**

NAME

**28-Nov-07**

SCCC ADMIT DATE

**540938**

DATE RELEASED

| DATE | DEPOSITS | Type of Deposit | DISBURSE MENT | Type of Disburs. | BALANCE | |
|---|---|---|---|---|---|---|
| | $0.00 | | $0.00 | | | $0.00 |
| | $0.00 | | $0.00 | | | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | $0.00 |
| TOTAL | $0.00 | | $0.00 | | | $0.00 |

**$0.00**
OPENING BALANCE
**$0.00**
ACCOUNT BALANCE

**TYPE OF DISBURSMENTS**
R/B           room/board owed from previous visits to SWRU
MED =         Visits to medical
TRANS =       transportation owed from previous visits
P2 =          Pay to's submitted thru business office
DG =          Dollar General/commissary
TRANSF        Transfers to Other Institutions
SP. COURT     Superior Court
**TYPE OF DEPOSITS**
M/O =         money orders received outside of institution
B/R =         booking and receivng
CK =          checks
CASH
I / W =       inmate wages

VIOLATION OF PROBATION/SCCC



Edwin Banks

SBI 546938

SCCC
SVOP/SWRU
23207 Dupont Blvd.
Georgetown, DE 19947

WILMINGTON DE 197

27 DEC 2007 PM 1 L

USA 41

OFFICE OF THE CLERK
United States District Court
844 N. King Street, Lock Box 18
Wilmington, Delaware 19801-3570

19801+3570