INMATE ACCOUNT STATEMENT



07-749 (JJF)

**FRANCIS EMORY**
NAME

**29-Oct-07**
SCCC ADMIT DATE

**352816**

DATE RELEASED

| DATE | DEPOSITS | Type of Deposit | DISBURSE MENT | Type of Disburs. | | BALANCE |
|---|---|---|---|---|---|---|
| | $0.00 | | $0.00 | | | $0.00 |
| 11/7/2007 | $143.00 | HRYCI | $0.00 | | $0.00 | $143.00 |
| 11/8/2007 | $0.00 | | $2.00 | Mail Supplies | $141.00 | $141.00 |
| 11/30/2007 | $0.00 | | $100.00 | Payto | $41.00 | $41.00 |
| 12/12/2007 | $0.00 | | $2.00 | Mail Supplies | $39.00 | $39.00 |
| 12/21/2007 | $0.00 | | $4.00 | Mail Supplies | $35.00 | $35.00 |
| | $0.00 | | $0.00 | | $35.00 | $35.00 |
| | $0.00 | | $0.00 | | $35.00 | $35.00 |
| | $0.00 | | $0.00 | | $35.00 | $35.00 |
| | $0.00 | | $0.00 | | $35.00 | $35.00 |
| | $0.00 | | $0.00 | | $35.00 | $35.00 |
| | $0.00 | | $0.00 | | $35.00 | $35.00 |
| | $0.00 | | $0.00 | | $35.00 | $35.00 |
| | $0.00 | | $0.00 | | $35.00 | $35.00 |
| | $0.00 | | $0.00 | | $35.00 | $35.00 |
| | $0.00 | | $0.00 | | $35.00 | $35.00 |
| | $0.00 | | $0.00 | | $35.00 | $35.00 |
| | $0.00 | | $0.00 | | $35.00 | $35.00 |
| | $0.00 | | $0.00 | | $35.00 | $35.00 |
| | $0.00 | | $0.00 | | $35.00 | $35.00 |
| TOTAL | $143.00 | | $108.00 | | | $35.00 |

**$0.00**
OPENING BALANCE
**$35.00**
ACCOUNT BALANCE

**TYPE OF DISBURSMENTS**
R/B         room/board owed from previous visits to SWRU
MED =       Visits to medical
TRANS =     transportation owed from previous visits
P2 =        Pay to's submitted thru business office
DG =        Dollar General/commissary
TRANSF      Transfers to Other Institutions
SP. COURT   Superior Court
**TYPE OF DEPOSITS**
M/O =       money orders received outside of institution
B/R =       booking and receivng
CK =        checks
CASH
I / W =     inmate wages



FILED

JAN 02 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PBS scanned

VIOLATION OF PROBATION/SCCC

## REQUEST FORM
### FOR
## INMATE ACCOUNT ACTIVITY STATEMENT

Inmate Name: _Emery_ _francis_      SBI Number: _00352816_
     (Last)     (First)     (M.I.)

Housing Unit: _VUP – Pod 4_

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

In accordance with Bureau of Prisons Procedure 5.4 entitled "In Forma Pauperis", please provide a summary of my account transactions.

_Francis Emory_               _Jacquely a Pettit_
Inmate Signature                      Notary

Inmate Account Activity Statement will be processed only after staff verifies your legal documents are complete.

Date received by business office: _12-20-07_

## INMATE ACCOUNT STATEMENT

TO:    Inmate Name: _Emery_ _francis_
             (Last)     (First)     (M.I.)
             SBI Number: _00352816_
             Housing Unit: _VUP – Pod 4_

FR:    Inmate Account Technician

DA:

RE:    Summary Of Account
• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

Attached is your account statement for the six month period of _29 Oct_, _2007_ through _21 Dec_, _2007_.

Utilizing the calculation formula described in BOP Procedure 5.4, your average daily balance for this period is $ _25.87_.

Attachment

_Jacquely a Pettit_
Notary

Francis Guoy 35286

SCCC
SVOP/SWRU
23207 Dupont Blvd.
Georgetown, DE 19947

WILMINGTON DE 197

31 DEC 2007 PM 3

USA 41

U.S.M.S.
X-RAY

Office of the Clerk
United States District Court
844 N. King Street, Lock Box 18
Wilm DE, 19801

19801+3519 C012