07-749 (JJF)

12-29-07

TO: OFFICE of the CLERK
From: Lamar Jones SBI #569021
RE: Civil Action no: 07-749-JJF


FILED
JAN 03 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

To whom it may concern, I'm writeing to Let you know That enclosed is a copy of my six-month inmate statement for the determined schedule payment ammount of the filing Fee which is $350.00 to the Clerk of court and to also let you know that I was released on the date of 12-28-07 and my new address will be (2101 W. Madison St. Wilmington DE, 19802) if you need to get in contact with me my CEll phone # is (302-602-2447) again my name is Lamar L. Jones SBI #569021 incarserated at the SVOP in Goergetown and this is regarding Blake et al v. Mears et al case number: 1:07-cv-749 JJF and you can contact me at the phone # above and mail me at the above address for further information.

Thank you, &
Sincerly,
Lamar L. Jones
SBI # 569021
DOB - 01-08-87



Lamar L. Jones
SBI #569021
Wilmington DE, 19802  02 JAN 2008 PM 1 L   WILMINGTON DE 197

U.S.M.S.

Office of the Clerk
United States District Court
844 N. King St, LockBox 18
Wilmington, DE 19801-3570