INMATE ACCOUNT STATEMENT

| LAMAR JONES | | 9-Nov-07 | |
|---|---|---|---|
| NAME | | SCCC ADMIT DATE | |
| 569021 | | DATE RELEASED | 07-749 |

| DATE | DEPOSITS | Type of Deposit | DISBURSE MENT | Type of Disburs. | BALANCE |
|---|---|---|---|---|---|
| | $0.00 | | $0.00 | | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| TOTAL | $0.00 | | $0.00 | | $0.00 |

**$0.00**
OPENING BALANCE
**$0.00**
ACCOUNT BALANCE

**TYPE OF DISBURSMENTS**
R/B          room/board owed from previous visits to SWRU
MED =        Visits to medical
TRANS =      transportation owed from previous visits
P2 =         Pay to's submitted thru business office
DG  =        Dollar General/commissary
TRANSF       Transfers to Other Institutions
SP. COURT    Superior Court
**TYPE OF DEPOSITS**
M/O  =       money orders received outside of institution
B/R =        booking and receivng
CK =         checks
CASH
I / W =      inmate wages



VIOLATION OF PROBATION/SCCC