

**Darnell Ford**
127 Lincoln Street
Smyrna, DE 19977

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RAYMOND E. BLAKE, LAMAR JONES, ISAIAH SMILEY, TROY BLAKE, DARREN STAATS, DAVID LEAVITT, ROBERT BATTLE, PATRICK DEVONSHIRE, FREDERICK TRUITT, MANUAL VAZQUEZ, MICHAEL LAMBERT, DWAYNE BOARDLEY, EARNEST JONES, GREGORY HAWKES, DANIEL DAVIS, KEITH TAYLOR, KEITH LAWSON, DAMON JONES, DAVID L. JOHNSON, DARNELL FORD, and JOSEPH BOWMAN, SR., : : : : : : : : : : : : |  |
| Plaintiffs, : | |
| v. : | Civil Action No. 07-749-JJF |
| J. MEARS, MICHAEL COSTELLO, WARDEN ROBERT GEORGE, SUSSEX COUNTY, OFFICER HILLS, and CORRECTIONAL MEDICAL SERVICE, : : : : : |  |
| Defendants. : | |

**ORDER**

1. Plaintiffs, <u>pro se</u> litigants, all of whom are incarcerated, have filed this action pursuant to 42 U.S.C. § 1983.

2. Plaintiff Raymond E. Blake ("Blake"), SBI #377092, has requested leave to proceed <u>in forma pauperis</u> pursuant to 28 U.S.C. § 1915. (D.I. 1.) Consistent with 28 U.S.C. § 1915(a)(1) and (2), Blake has submitted: (1) an affidavit stating that he has no assets with which to prepay the filing fee; and (2) a certified copy of his prison trust fund account statement for the

six-month period immediately preceding the filing of the above-referenced complaint. Based on Blake's submissions, his request to proceed in forma pauperis is **GRANTED**.

3. The remaining Plaintiffs Lamar Jones, SBI #569021, Isaiah Smiley, SBI #309273, Troy Blake, SBI #497031, Darren Staats, SBI #467006, David Leavitt, SBI #588400, Robert Battle, SBI #564941, Patrick Devonshire, SBI #488531, Frederick Truitt, SBI #228532, Manual Vazquez, SBI #573109, Michael Lambert, SBI #349010, Dwayne Boardley, SBI #484874, Earnest Jones, SBI #529034, Gregory Hawkes, SBI #374876, Daniel Davis, SBI #255781, Keith Taylor, SBI #582538, Keith Lawson, SBI #341937, Damon Jones, SBI #494346, David L. Johnson, SBI #453894, Darnell Ford, SBI #448224, and Joseph Bowman, Sr., SBI #264878 have filed this action without prepayment of the filing fee or a request to proceed in forma pauperis.

4. Pursuant to 28 U.S.C. § 1915(b), Plaintiffs shall be assessed the filing fee of $350.00. Plaintiffs are jointly and severally liable for the $350.00 filing fee.

5. Pursuant to the requirements of 28 U.S.C. § 1915(a)(1) and (2), and in order to determine the schedule of payment of the filing fee, each Plaintiff, **with the exception of Gregory Hawkes**, shall submit to the Clerk of Court, a request to proceed in forma pauperis and a certified copy of his prison trust fund account statement (memorandum or institutional equivalent, with

attachments) **showing all deposits, expenditures and balances** during the six-month period immediately preceding the filing of the complaint, obtained from the appropriate official at each institution at which each Plaintiff is confined. Gregory Hawkes submitted a copy of his prison trust fund account statement with docket item No. 1. **FAILURE OF EACH PLAINTIFF TO RETURN THE REQUESTED INFORMATION WITHIN 30 DAYS FROM THE DATE THIS ORDER IS SENT SHALL RESULT IN HIS DISMISSAL FROM THIS ACTION WITHOUT PREJUDICE.**

6. Unless the Court determines from each Plaintiff's financial information that he has no assets whatsoever, an initial partial filing fee of 20 percent (20%) of the greater of the plaintiff's average monthly deposit or average monthly balance in the trust fund account shall be required to paid before the Court reviews the Complaint. **NOTWITHSTANDING ANY PAYMENT MADE OR REQUIRED, THE COURT SHALL DISMISS THE CASE IF THE COURT DETERMINES THAT THE ACTION IS FRIVOLOUS OR MALICIOUS, FAILS TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED, OR SEEKS MONETARY RELIEF AGAINST A DEFENDANT WHO IS IMMUNE FROM SUCH RELIEF.**

7. Pursuant to 28 U.S.C. § 1915(g), if any Plaintiff has had three or more actions dismissed by the Court on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, then the Court shall deny

Plaintiff leave to proceed <u>in</u> <u>forma</u> <u>pauperis</u> in all future suits filed without prepayment of the filing fee, unless the Court determines that Plaintiff is under imminent danger of serious physical injury.

DATED: 12/6/07

_____
United States District Judge