IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

RAYMOND E. BLAKE, et al.,           :
                                    :
          Plaintiffs,               :
                                    :
     v.                             :  Civ. Action No. 07-749-JJF
                                    :
J. MEARS, et al.,                   :
                                    :
          Defendants.               :
_____

KEENAN WRIGHT, et al.,              :
                                    :
          Plaintiffs,               :
                                    :
     v.                             :  Civ. Action No. 07-783-JJF
                                    :
C/O MEARS, et al.,                  :
                                    :
          Defendants.               :

**ORDER**

At Wilmington this 22 day of January, 2008, IT IS ORDERED
that Plaintiff Raymond E. Blake's Motions To Consolidate (Civ.
Action No. 07-749-JJF, D.I. 22; Civ. Action No. 07-783-JJF, D.I.
12) are **DENIED**, for the reasons that follow:

Plaintiff Blake moves to combine this case with Civ. Action
No. 07-783-JJF, another case where he is a named plaintiff.
Plaintiff Blake, an incarcerated individual, who proceeds pro se,
is one of several incarcerated Plaintiffs named in this case and
Civ. Action No. 07-783-JJF.  Plaintiff Blake states that "because
[he] is the lead plaintiff in both cases and both cases . . .
pertain[] to the same situation" he sees no need to load up the

court calendar on the same issues.  Plaintiff Blake wants to drop all Defendants in Civ. Action 07-783-JJF, and add all Plaintiffs and Defendants in Civ. Action 07-783-JJF to this case.

As a non-attorney, Raymond E. Blake may not act as an attorney for other individuals.  See In the Matter of Chojecki, Nos. 99-4850, 99-18145, 2000 WL 679000, at *2 (E.D. Pa. May 22, 2000) (citing United States v. Stepard, 876 F. Supp. 214, 215 (D. Ariz. 1994) ("Although a non-attorney may appear in propria persona on his own behalf, that privilege is personal to him and he has no authority to appear as the attorney for anyone other than himself.")  This prohibition includes acting on behalf of all Plaintiffs named in this case and Civ. Action No. 07-783-JJF. It may be that the Plaintiffs in both cases do not wish to consolidate them.  Their position, however, is unknown to the Court.  Hence, in the future, when Plaintiff Blake seeks relief that affects all Plaintiffs, then all Plaintiffs in either case must sign the motion.

_____
UNITED STATES DISTRICT JUDGE

2