

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

Darnell Ford
127 Lincoln Street
Smyrna, DE 19977

RECEIVED
JAN 3 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

NIXIE    197 DC 1       00 01/26/08
    RETURN TO SENDER
  NOT DELIVERABLE AS ADDRESSED
        UNABLE TO FORWARD
BC: 19099001818    *1627-05977-23-39

Mailed From 19801
01/23/2008
US POSTAGE $00.580

07-749

scanned

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

RAYMOND E. BLAKE, LAMAR JONES, :
ISAIAH SMILEY, TROY BLAKE,      :
DARREN STAATS, DAVID LEAVITT,   :
ROBERT BATTLE, PATRICK          :
DEVONSHIRE, FREDERICK TRUITT,   :
MANUAL VAZQUEZ, MICHAEL         :
LAMBERT, DWAYNE BOARDLEY,       :
EARNEST JONES, GREGORY          :
HAWKES, DANIEL DAVIS, KEITH     :
TAYLOR, KEITH LAWSON, DAMON     :
JONES, DAVID L. JOHNSON,        :
DARNELL FORD, and JOSEPH        :
BOWMAN, SR., ANTHONY GARNETT,   :
FRANCIS EMORY, ISHMAEL          :
KWALALON, MATTHEW FERGUSON,     :
JAMES R. PETTIT, HASHIM         :
BATSON, EDWIN BANKS, and        :
MARCUS BARNHILL,                :
                                :
            Plaintiffs,         :
                                :
      v.                        : Civil Action No. 07-749-JJF
                                :
J. MEARS, MICHAEL COSTELLO,     :
WARDEN ROBERT GEORGE, SUSSEX    :
COUNTY, OFFICER HILLS,          :
CORRECTIONAL MEDICAL SERVICE,   :
RICHARD NORWOOD, GEORGETOWN,    :
DELAWARE, NURSE SHARON          :
MACEROY, JONES, HANNA,          :
C/O ADAMS, CALVERT, CARL C.     :
DANBERG, DR. DURST, and KIDD,   :
                                :
            Defendants.         :

**ORDER**

Plaintiffs, pro se litigants, all of whom are incarcerated, filed this action pursuant to 42 U.S.C. § 1983 on November 20, 1997. (D.I. 2.) Since the filing of the original Complaint, several Amended Complaints have been filed adding new Plaintiffs and new Defendants. (D.I. 7, 9, 10, 18, 23, 24.) On December 6,