

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

049J82023030
$00.580
Mailed From 19801
01/23/2008
US POSTAGE
neopost

RECEIVED
JAN 31 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Damon Jones
5328 Fairway Road
Newark, DE 1

NIXIE        197  DC  1        00  01/25/08
            RETURN TO SENDER
            NO SUCH NUMBER
            UNABLE TO FORWARD
BC: 19899001818    *1627-05869-23-39

U.S.M.S. X-RAY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RAYMOND E. BLAKE, LAMAR JONES, ISAIAH SMILEY, TROY BLAKE, DARREN STAATS, DAVID LEAVITT, ROBERT BATTLE, PATRICK DEVONSHIRE, FREDERICK TRUITT, MANUAL VAZQUEZ, MICHAEL LAMBERT, DWAYNE BOARDLEY, EARNEST JONES, GREGORY HAWKES, DANIEL DAVIS, KEITH TAYLOR, KEITH LAWSON, DAMON JONES, DAVID L. JOHNSON, DARNELL FORD, and JOSEPH BOWMAN, SR., ANTHONY GARNETT, FRANCIS EMORY, ISHMAEL KWALALON, MATTHEW FERGUSON, JAMES R. PETTIT, HASHIM BATSON, EDWIN BANKS, and MARCUS BARNHILL, : : : : : : : : : : : : : : : : | |
| Plaintiffs, : | |
| v. : | Civil Action No. 07-749-JJF |
| J. MEARS, MICHAEL COSTELLO, WARDEN ROBERT GEORGE, SUSSEX COUNTY, OFFICER HILLS, CORRECTIONAL MEDICAL SERVICE, RICHARD NORWOOD, GEORGETOWN, DELAWARE, NURSE SHARON MACEROY, JONES, HANNA, C/O ADAMS, CALVERT, CARL C. DANBERG, DR. DURST, and KIDD, : : : : : : : : : : | |
| Defendants. : | |

**ORDER**

Plaintiffs, pro se litigants, all of whom are incarcerated, filed this action pursuant to 42 U.S.C. § 1983 on November 20, 1997. (D.I. 2.) Since the filing of the original Complaint, several Amended Complaints have been filed adding new Plaintiffs and new Defendants. (D.I. 7, 9, 10, 18, 23, 24.) On December 6,