

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

RAYMOND E. BLAKE, LAMAR JONES, :
ISAIAH SMILEY, TROY BLAKE, :
DARREN STAATS, DAVID LEAVITT, :
ROBERT BATTLE, PATRICK :
DEVONSHIRE, FREDERICK TRUITT, :
MANUAL VAZQUEZ, MICHAEL :
LAMBERT, DWAYNE BOARDLEY, :
EARNEST JONES, GREGORY :
HAWKES, DANIEL DAVIS, KEITH :
TAYLOR, KEITH LAWSON, DAMON :
JONES, DAVID L. JOHNSON, :
DARNELL FORD, and JOSEPH :
BOWMAN, SR., ANTHONY GARNETT, :
FRANCIS EMORY, ISHMAEL :
KWALALON, MATTHEW FERGUSON, :
JAMES R. PETTIT, HASHIM :
BATSON, EDWIN BANKS, and :
MARCUS BARNHILL, :
                                :
          Plaintiffs,           :
                                :
     v.                         : Civil Action No. 07-749-JJF
                                :
J. MEARS, MICHAEL COSTELLO,     :
WARDEN ROBERT GEORGE, SUSSEX    :
COUNTY, OFFICER HILLS,          :
CORRECTIONAL MEDICAL SERVICE,   :
RICHARD NORWOOD, GEORGETOWN,    :
DELAWARE, NURSE SHARON          :
MACEROY, JONES, HANNA,          :
C/O ADAMS, CALVERT, CARL C.     :
DANBERG, DR. DURST, and KIDD,   :
                                :
          Defendants.           :

## ORDER

Plaintiffs, pro se litigants, all of whom are incarcerated, filed this action pursuant to 42 U.S.C. § 1983 on November 20, 1997.  (D.I. 2.)  Since the filing of the original Complaint, several Amended Complaints have been filed adding new Plaintiffs and new Defendants.  (D.I. 7, 9, 10, 18, 23, 24.)  On December 6,