CA 07-749 JJF

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

X-RAY

FILED
FEB - 4 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

David L. Johnson
SBI# 455984
Sussex Community Correctional Center (SCCC)
23207 DuPont Boulevard
Georgetown, DE 19947

NO

Not Here
RETURN TO SENDER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

RAYMOND E. BLAKE, LAMAR JONES, :
ISAIAH SMILEY, TROY BLAKE, :
DARREN STAATS, DAVID LEAVITT, :
ROBERT BATTLE, PATRICK :
DEVONSHIRE, FREDERICK TRUITT, :
MANUAL VAZQUEZ, MICHAEL :
LAMBERT, DWAYNE BOARDLEY, :
EARNEST JONES, GREGORY :
HAWKES, DANIEL DAVIS, KEITH :
TAYLOR, KEITH LAWSON, DAMON :
JONES, DAVID L. JOHNSON, :
DARNELL FORD, and JOSEPH :
BOWMAN, SR., ANTHONY GARNETT, :
FRANCIS EMORY, ISHMAEL :
KWALALON, MATTHEW FERGUSON, :
JAMES R. PETTIT, HASHIM :
BATSON, EDWIN BANKS, and :
MARCUS BARNHILL, :
                                  :
            Plaintiffs,           :
                                  :
      v.                          : Civil Action No. 07-749-JJF
                                  :
J. MEARS, MICHAEL COSTELLO, :
WARDEN ROBERT GEORGE, SUSSEX :
COUNTY, OFFICER HILLS, :
CORRECTIONAL MEDICAL SERVICE, :
RICHARD NORWOOD, GEORGETOWN, :
DELAWARE, NURSE SHARON :
MACEROY, JONES, HANNA, :
C/O ADAMS, CALVERT, CARL C. :
DANBERG, DR. DURST, and KIDD, :
                                  :
            Defendants.           :

**ORDER**

Plaintiffs, pro se litigants, all of whom are incarcerated, filed this action pursuant to 42 U.S.C. § 1983 on November 20, 1997. (D.I. 2.) Since the filing of the original Complaint, several Amended Complaints have been filed adding new Plaintiffs and new Defendants. (D.I. 7, 9, 10, 18, 23, 24.) On December 6,

2007, prior to the time that any amendments had been filed, the Court entered an Order requiring Plaintiffs Lamar Jones, SBI #569021, Isaiah Smiley, SBI #309273, Troy Blake, SBI #497031, Darren Staats, SBI #467006, David Leavitt, SBI #588400, Robert Battle, SBI #564941, Patrick Devonshire, SBI #488531, Frederick Truitt, SBI #228532, Manual Vazquez, SBI #573109, Michael Lambert, SBI #349010, Dwayne Boardley, SBI #484874, Earnest Jones, SBI #529034, Daniel Davis, SBI #255781, Keith Taylor, SBI #582538, Keith Lawson, SBI #341937, Damon Jones, SBI #494346, David L. Johnson, SBI #453894, Darnell Ford, SBI #448224, and Joseph Bowman, Sr., SBI #264878 to submit requests to proceed <u>in forma pauperis</u> and certified copies of their respective prison trust fund account statements. Because Gregory Hawkes, SBI #374876, had submitted his prison trust account statement, he was only required to submit a request to proceed <u>in forma pauperis</u>. (D.I. 6.) The foregoing Plaintiffs were to submit the required documents within 30 days from the date the Order was sent and were warned that failure to submit the documents would result in dismissal. The 30 days have passed and the required documents have not been received from Plaintiffs Lamar Jones, SBI #569021, Isaiah Smiley, SBI #309273, Troy Blake, SBI #497031, David Leavitt, SBI #588400, Robert Battle, SBI #564941, Patrick Devonshire, SBI #488531, Frederick Truitt, SBI #228532, Manual Vazquez, SBI #573109, Michael Lambert, SBI #349010, Dwayne

Boardley, SBI #484874, Earnest Jones, SBI #529034, Daniel Davis, SBI #255781, Keith Taylor, SBI #582538, Keith Lawson, SBI #341937, Damon Jones, SBI #494346, David L. Johnson, SBI #453894, Darnell Ford, SBI #448224, Joseph Bowman, Sr., SBI #264878, and Gregory Hawkes, SBI #374876. Therefore, they are **DISMISSED** without prejudice as Defendants in this case.

The Amended Complaints add as Plaintiffs Anthony Garnett, Francis Emory, Ishmael Kwalalon, Matthew Ferguson, James R. Pettit, Hashim Batson, Edwin Banks, and Marcus Barnhill. Pursuant to 28 U.S.C. § 1915(b), all newly added Plaintiffs shall be assessed the filing fee of $350.00. All Plaintiffs in this case are jointly and severally liable for the $350.00 filing fee.

The following newly added Plaintiffs have submitted a request to proceed in forma pauperis and a copy of their respective prison trust fund account statement: Anthony Garnett (D.I. 8), Francis Emory (D.I. 19, 27), Edwin Banks (D.I. 20, 26), and Marcus Barnhill (D.I. 25) Their requests to proceed in forma pauperis are **GRANTED**. (D.I. 8, 19, 20, 25.) Plaintiff Hashim Batson has also submitted a request to proceed in forma pauperis. (D.I. 11.) His request to proceed in forma pauperis is **GRANTED**. (D.I. 11.)

The remaining new Plaintiffs, Ishmael Kwalalon, SBI #368806, Matthew Ferguson, SBI #520081, and James R. Pettit, SBI #185146, have filed this action without prepayment of the filing fee, a

3

request to proceed in forma pauperis or a copy of their respective prison trust fund account statement. Pursuant to the requirements of 28 U.S.C. § 1915(a)(1) and (2), and in order to determine the schedule of payment of the filing fee, Ishmael Kwalalon, Matthew Ferguson, and James R. Pettit shall submit to the Clerk of Court, a request to proceed in forma pauperis **and** a certified copy of his prison trust fund account statement (memorandum or institutional equivalent, with attachments) **showing all deposits, expenditures and balances** during the six-month period immediately preceding the filing of the Complaint, obtained from the appropriate official at each institution where each Plaintiff is confined. Inasmuch as Hashim Batson has submitted a request to proceed in forma pauperis, he shall submit a certified copy of his prison trust fund account statement (memorandum or institutional equivalent, with attachments) **showing all deposits, expenditures and balances** during the six-month period immediately preceding the filing of the Complaint, obtained from the appropriate official at the institution where he is confined. **FAILURE OF EACH OF THE FOREGOING PLAINTIFFS TO RETURN THE REQUESTED INFORMATION WITHIN 30 DAYS FROM THE DATE OF THIS ORDER SHALL RESULT IN HIS DISMISSAL FROM THIS ACTION WITHOUT PREJUDICE.**

Unless the Court determines from each Plaintiff's financial information that he has no assets whatsoever, an initial partial

filing fee of 20 percent (20%) of the greater of the Plaintiff's average monthly deposit or average monthly balance in the trust fund account shall be required to paid before the Court reviews the Complaint. **NOTWITHSTANDING ANY PAYMENT MADE OR REQUIRED, THE COURT SHALL DISMISS THE CASE IF THE COURT DETERMINES THAT THE ACTION IS FRIVOLOUS OR MALICIOUS, FAILS TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED, OR SEEKS MONETARY RELIEF AGAINST A DEFENDANT WHO IS IMMUNE FROM SUCH RELIEF.**

**PLAINTIFFS ARE PLACED ON NOTICE THAT THE COURT WILL NOT CONSIDER FUTURE AMENDED COMPLAINTS UNLESS THE DOCUMENT IS SIGNED BY ALL NAMED PLAINTIFFS.**

DATED: January 22, 2008

UNITED STATES DISTRICT JUDGE

AO 85 (Rev. 8/98) Notice, Consent, and Order of Reference — Exercise of Jurisdiction by a United States Magistrate Judge

Case 1:07-cv-00749-JJF    Document 39    Filed 02/04/2008    Page 7 of 7

# UNITED STATES DISTRICT COURT

District of     DELAWARE

Plaintiff
V.

NOTICE, CONSENT, AND ORDER OF REFERENCE —
EXERCISE OF JURISDICTION BY A UNITED STATES
MAGISTRATE JUDGE

Case Number:

Defendant

## NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

In accordance with the provisions of 28 U.S.C. §636(c), and Fed.R.Civ.P. 73, you are notified that a United States magistrate judge of this district court is available to conduct any or all proceedings in this case including a jury or nonjury trial, and to order the entry of a final judgment. Exercise of this jurisdiction by a magistrate judge is, however, permitted only if all parties voluntarily consent.

You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's jurisdiction from being exercised by a magistrate judge. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case has been assigned.

An appeal from a judgment entered by a magistrate judge shall be taken directly to the United States court of appeals for this judicial circuit in the same manner as an appeal from any other judgment of this district court.

## CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with provisions of 28 U.S.C. §636(c) and Fed.R.Civ.P. 73, the parties in this case consent to have a United States magistrate judge conduct any and all proceedings in this case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

| Party Represented | Signatures | Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

## ORDER OF REFERENCE

IT IS ORDERED that this case be referred to _____
United States Magistrate Judge, to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. §636(c) and Fed.R.Civ.P. 73.

_____   _____
Date                          United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT <u>ONLY IF</u> ALL PARTIES HAVE CONSENTED <u>ON THIS FORM</u> TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.