Jan 31, 08

Dear Sirs,

I am writing you in regards to Case # 07-749-JJF. I have been moved to CVOP Smyrna De. I recieved your request today. Any future replys should be sent to me at

JOSEPH B. BOWMAN SR.   #264878
Central Violation Center
P.O. Box 5003
SMYNA, DELaware
  19977-5003

Thank You for your Attention to this matter.

Joseph B. Bowman Sr.

1-31-08

FILED
FEB - 5 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Cc: Betty

IM Joseph B. Bowman Sr.
SBI# 264878   UNIT 2
CENTRAL VIOLATION CENTER
P.O. BOX 5003
SMYRNA, DELAWARE 19977-5003

FILED
FEB - 5 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

WILMINGTON DE 197
04 FEB 2008 PM 1 L

United States District Court
Office of the Clerk
844 N. King Street lockbox 18
Wilmington Delaware
19801-3570