OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

February 5, 2008

TO:  Joseph B. Bowman, Sr.
     SBI# 264878
     Central Violation Center
     P.O. Box 5003
     Smyrna, DE 19977

     **RE:  Change of Address**
          CA 07-749 JJF

Dear Mr. Bowman:

     This office received a letter from you regarding your change of address.  The Court has noted your new address.  Enclosed is a copy of the Order entered 1/22/08 dismissing you from the above captioned case.

     I trust that this letter answers your questions concerning this matter.  Nothing contained in this letter is intended to express an opinion as to the merits of any claim which you may be alleging.

Sincerely,

/rwc                              PETER T. DALLEO
                                  CLERK

cc:  The Honorable Joseph J. Farnan, Jr.