District Court of Delaware

I HAVe a new address

Anthony Garnett

306 West 26 th St

Wilm, De 19802

07-749

CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2008 FEB 11  PM 1:19