```
              IN THE UNITED STATES DISTRICT COURT

                 FOR THE DISTRICT OF DELAWARE

RAYMOND E. BLAKE, DARREN        :
STAATS, ANTHONY GARNETT,        :
FRANCIS EMORY, ISHMAEL          :
KWALALON, MATTHEW FERGUSON,     :
JAMES R. PETTIT, HASHIM         :
BATSON, EDWIN BANKS, and        :
MARCUS BARNHILL,                :
                                :
             Plaintiffs,        :
                                :
        v.                      : Civil Action No. 07-749-JJF
                                :
J. MEARS, MICHAEL COSTELLO,     :
WARDEN ROBERT GEORGE, SUSSEX    :
COUNTY, OFFICER HILLS,          :
CORRECTIONAL MEDICAL SERVICE,   :
RICHARD NORWOOD, GEORGETOWN,    :
DELAWARE, NURSE SHARON          :
MACEROY, JONES, HANNA,          :
C/O ADAMS, CALVERT, CARL C.     :
DANBERG, DR. DURST, and KIDD,   :
                                :
             Defendants.        :
```

**ORDER**

Plaintiffs, are *pro se* litigants, all of whom were incarcerated at the time they filed this action pursuant to 42 U.S.C. § 1983 on November 20, 1997. (D.I. 2.) Since the filing of the original Complaint, several Amended Complaints have been filed adding new Plaintiffs and new Defendants. (D.I. 7, 9, 10, 18, 23, 24.) All Plaintiffs are jointly and severally liable for the $350.00 filing fee.

On January 22, 2008, the Court entered an Order requiring Plaintiffs Ishmael Kwalalon, SBI #368806, Matthew Ferguson, SBI #520081, and James R. Pettit, SBI #185146, to submit a request to

proceed in forma pauperis and a copy of their respective prison trust fund account statement. (D.I. 32.) The Order also required Hashim Batson, SBI # 533447 to submit a certified copy of his prison trust fund account statement. (Id.) Plaintiffs were to provide the foregoing documents within thirty days from the date of the Order and were warned that failure to submit the documents would result in dismissal. The 30 days have passed and the required documents have not been received from the foregoing Plaintiffs. Therefore, Ishmael Kwalalon, Matthew Ferguson, James R. Pettit, and Hashim Batson are **DISMISSED** without prejudice as Plaintiffs in this case.

Plaintiff Darren Staats, SBI # 467006 has submitted a request to proceed in forma pauperis and a copy of his prison trust fund account statement. (D.I. 21.) His request to proceed in forma pauperis is **GRANTED**. (D.I. 21.)

On February 2, 2008 and February 11, 2008, the Court was notified that Edwin Banks and Anthony Garnett were no longer incarcerated (D.I. 45). Under the Prison Litigation Reform Act, release does not eliminate the obligation of payment of a filing fee that could and should have been met from the trust account while imprisonment continued. Robbins v. Switzer, 104 F.3d 895, 899 (7th Cir. 1997); see also Drayer v. Attorney General, Nos. 03-2517, 03-2518, 81 Fed. Appx. 429 (3d Cir. 2003). Following his release from prison, Plaintiff Anthony Garnett submitted a

request to proceed in forma pauperis. (D.I. 46.) His request to proceed in forma pauperis is **GRANTED**. (D.I. 46.)

Plaintiff, Edwin Banks, shall either pay the filing fee owed **or** shall submit a new standard form application to proceed without prepayment of fees and affidavit so the Court may determine whether he is still eligible to proceed in forma pauperis. **Plaintiff Edwin Banks' failure to timely comply with this Order shall result in his dismissal without prejudice from this case.**

DATED: 4/29/08

_____
UNITED STATES DISTRICT JUDGE