

**Other Orders/Judgments**
 1:07-cv-00749-JJF Blake et al v. Mears et al
 PaperDocuments

**U.S. District Court**

**District of Delaware**

**Notice of Electronic Filing**

The following transaction was entered on 4/30/2008 at 3:13 PM EDT and filed on 4/29/2008
**Case Name:**        Blake et al v. Mears et al
**Case Number:**      1:07-cv-749
**Filer:**
**Document Number:** 47

**Docket Text:**
**ORDER GRANTING [21] MOTION for Leave to Proceed in forma pauperis filed by Darren Staats; GRANTING [46] MOTION for Leave to Proceed in forma pauperis filed by Anthony Garnett; DIRECTING Plaintiff Edwin Banks to either pay the filing fee owed, or submit a new standard form application to proceed without prepayment of fees and affidavit so the Court may determine whether he is still eligible to proceed in forma pauperis: Further ORDERED that Plaintiffs Ishmael Kwalalon; James R Pettit; Hashim Batson and Matthew Ferguson are DISMISSED without prejudice (see Order for further details). Signed by Judge Joseph J. Farnan, Jr. on 4/29/2008. (nms)**

**1:07-cv-749 Notice has been electronically mailed to:**

**1:07-cv-749 Notice has been delivered by other means to:**

Edwin Banks
9 Laverty Lane
Bridgeville, DE 19933

Marcus Barnhill
SBI #0505585
Central Violation of Probation
P.O. Box 5003
Smyrna, DE 19977

Raymond E. Blake
SBI# 377092
Sussex Correctional Institution (SCI)