

**Motions**
1:07-cv-00749-JJF Blake et al v. Mears et al
PaperDocuments

U.S. District Court

District of Delaware

**Notice of Electronic Filing**

The following transaction was entered on 5/8/2008 at 8:19 AM EDT and filed on 5/7/2008
**Case Name:** Blake et al v. Mears et al
**Case Number:** 1:07-cv-749
**Filer:** Edwin Banks
**Document Number:** 48

Docket Text:
**MOTION for Leave to Proceed in forma pauperis - filed by Edwin Banks. (nms)**

**1:07-cv-749 Notice has been electronically mailed to:**

**1:07-cv-749 Notice has been delivered by other means to:**

Edwin Banks
9 Laverty Lane
Bridgeville, DE 19933

Marcus Barnhill
SBI #0505585
Central Violation of Probation
P.O. Box 5003
Smyrna, DE 19977

Raymond E. Blake
SBI# 377092
Sussex Correctional Institution (SCI)
P.O. Box 500
Georgetown, DE 19947

Francis Emory
SBI# 352816
Sussex Community Correctional Center (SCCC)
23207 DuPont Boulevard

Scanned- DSC 5/20/08

Georgetown, DE 19947

Anthony Garnett
306 West 26th Street
Wilmington, DE 19802

Darren Staats
SBI# 467006
Sussex Community Correctional Center (SCCC)
23207 DuPont Boulevard
Georgetown, DE 19947

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=5/8/2008] [FileNumber=563116-0]
[76171f211241bea0b4863b1b02dd489e66087dcbe647afc1cda04886c21fb4ff3d702
833870896b8e338e539c44d76fab7356baa1c98e1f942bc6518d52ec145]]