OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

07cv749

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170
www.ded.uscourts.gov

DATE: 6-5-08

TO: Delaware Department of Corrections
ATTN: Offender Records/Cheryl A.

FROM: Clerk, U.S. District Court

RE: Request for Inmate's Forwarding Address

Mail has been returned to the U.S. District Court for the following inmate who has one or more civil suits pending. It appears that the inmate may have been released and is no longer incarcerated at a Delaware institution. We are providing the inmate's name, SBI number, and last known DE prison address. If still incarcerated, please provide the name of the inmate's current institution. If released, please provide the former inmate's last known/forwarding mailing address. Thank you.

**NAME OF INMATE:** Darren Staats
**SBI #:** 467006
Last Known DE Institution: Sussex Corr

PETER T. DALLEO, Clerk
(302) 573-6170   BY: _____
Deputy Clerk, U.S. District Court

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TO: Clerk, U.S. District Court

FROM: Delaware Department of Corrections
ATTN: Offender Records/Cheryl A.

☐ Inmate is located at: (Institution) _____

or

☑ No longer incarcerated. Last known mailing address is:

222 N. Madison St
Wilm DE 19801

BY: Cheryl Arsenault
Department of Corrections
Offender Records

FILED 2008 JUN 16 AM 8:46 CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE