Sussex Community Corrections Ctr
23207 Dupont Blvd
Georgetown DE 19947
380609



Office of The Clerk
United States District
844 N. King Street, Lock Box 18
Wilmington, Delaware 19801-3570

U.S.M.S. X-RAY

OFFENDERS NOT AT
Sussex Community Corrections
Center as of 6/14/08!

Francis Emory At Gander Hill
Darren Stuats Active probation
at DO52 Wilmington P+P Cherry
Lane New Castle

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

07 cv 749 JJF Gander Hill

2008 JUN 19 PH 3:31 FILED CLERK US DISTRICT COURT

Francis Emory
SBI# 352816
Sussex Community Correctional Center (SCCC)
23207 DuPont Boulevard
Georgetown, DE 19947

## Other Orders/Judgments
1:07-cv-00749-JJF Blake et al v. Mears et al
PaperDocuments

U.S. District Court

District of Delaware

## Notice of Electronic Filing

The following transaction was entered on 6/6/2008 at 8:37 AM EDT and filed on 6/5/2008
**Case Name:**       Blake et al v. Mears et al
**Case Number:**   1:07-cv-749
**Filer:**
**Document Number:** 51

**Docket Text:**
**ORDER Granting Francis Emory's Motion to Proceed IFP. Filing Fee of $350.00 Assessed. Plaintiff shall return the attached payment authorization within 30 days. Failure to return payment authorization shall result in dismissal of action without prejudice. (Copy to pltf. with Mag. Consent Form) Notice of Compliance deadline set for 7/8/2008.. Signed by Judge Joseph J. Farnan, Jr. on 6/5/2008. (nms)**


**1:07-cv-749 Notice has been electronically mailed to:**

**1:07-cv-749 Notice has been delivered by other means to:**

Edwin Banks
9 Laverty Lane
Bridgeville, DE 19933

Marcus Barnhill
SBI #0505585
Central Violation of Probation
P.O. Box 5003
Smyrna, DE 19977

Raymond E. Blake
1821 W. 4th Street
Wilmington, DE 19805

Francis Emory
SBI# 352816

Sussex Community Correctional Center (SCCC)
23207 DuPont Boulevard
Georgetown, DE 19947

Anthony Garnett
306 West 26th Street
Wilmington, DE 19802

Darren Staats
SBI# 467006
Sussex Community Correctional Center (SCCC)
23207 DuPont Boulevard
Georgetown, DE 19947

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=6/6/2008] [FileNumber=578834-0]
[9c316c666b615877f32a3a5913c953055d514bc117c6e9b99a7368f4d02e9a62174de
3d7dc39d91a322cde2e46d105caa06976e86b5ff51d3f8843e53d02017a]]

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RAYMOND E. BLAKE, <br> DARREN STAATS, <br> ANTHONY GARNETT, <br> FRANCIS EMORY, <br> EDWIN BANKS, AND <br> MARCUS BARNHILL, <br><br>     Plaintiff, <br><br>     v. <br><br> J. MEARS, MICHAEL COSTELLO, <br> WARDEN ROBERT GEORGE, SUSSEX <br> COUNTY, OFFICER HILLS, C.M.S., <br> RICHARD NORWOOD, GEORGETOWN DE, <br> NURSE SHARON MACEROY, JONES, <br> HANNA, C/0 ADAMS, CALVERT, <br> CARL C. DANBERG, DR. DURST, <br> AND KIDD, <br><br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 07-749-JJF <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER**

1. The plaintiff Francis Emory, SBI #352816, a <u>pro se</u> litigant who is presently incarcerated, has filed this action pursuant to 42 U.S.C. § 1983 and has requested leave to proceed <u>in forma pauperis</u> pursuant to 28 U.S.C. § 1915.

2. Based on the plaintiff's submissions, his request to proceed <u>in forma pauperis</u> is granted. Pursuant to 28 U.S.C. § 1915(b), the plaintiff shall be assessed the filing fee of $350.00. The Court has determined that the **plaintiff has no assets and no means to pay the initial partial filing fee, nevertheless, any money the plaintiff later receives will be**

**collected in the manner described below.**

3. The plaintiff shall, within thirty days from the date this order is sent, complete and return to the Clerk of Court, the attached authorization form allowing the agency having custody of him to forward all payments required by 28 U.S.C. § 1915(b)(2) to the Clerk of the Court. **FAILURE OF THE PLAINTIFF TO RETURN THE AUTHORIZATION FORM TO THE CLERK OF COURT WITHIN THIRTY DAYS FROM THE DATE THIS ORDER IS SENT SHALL RESULT IN DISMISSAL OF THIS ACTION.**

4. The plaintiff shall be required to make monthly payments of 20 percent (20%) of the preceding month's income credited to the plaintiff's prison trust account and absent further order of the Court, the Warden or other appropriate official at Sussex Community Correctional Center (SCCC), or at any prison at which the plaintiff is or may be incarcerated, shall forward payments from his account to the Clerk of the Court each time the amount in the account exceeds $10.00 until the filing fee is paid. **NOTWITHSTANDING ANY PAYMENT MADE OR REQUIRED, THE COURT SHALL DISMISS THE CASE IF THE COURT DETERMINES THAT THE ACTION IS FRIVOLOUS OR MALICIOUS, FAILS TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED, OR SEEKS MONETARY RELIEF AGAINST A DEFENDANT WHO IS IMMUNE FROM SUCH RELIEF.**

5. Pursuant to 28 U.S.C. § 1915(g), if plaintiff has had three or more actions dismissed by the Court on the grounds

that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, the Court shall deny plaintiff leave to proceed in forma pauperis all future suits filed without prepayment of the filing fee, unless the Court determines that plaintiff is under imminent danger of serious physical injury.

DATED: June 5, 2008            _____
                                    United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RAYMOND E. BLAKE, <br> DARREN STAATS, <br> ANTHONY GARNETT, <br> FRANCIS EMORY, <br> EDWIN BANKS, AND <br> MARCUS BARNHILL, <br><br> Plaintiff, <br><br> v. <br><br> J. MEARS, MICHAEL COSTELLO, <br> WARDEN ROBERT GEORGE, SUSSEX <br> COUNTY, OFFICER HILLS, C.M.S., <br> RICHARD NORWOOD, GEORGETOWN DE, <br> NURSE SHARON MACEROY, JONES, <br> HANNA, C/O ADAMS, CALVERT, <br> CARL C. DANBERG, DR. DURST, <br> AND KIDD, <br><br> Defendants. | Civil Action No. 07-749-JJF |

**AUTHORIZATION**

I, Francis Emory, SBI #352816, request and authorize the agency holding me in custody to disburse to the Clerk of the Court all payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated _____, 2008.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody

I may be transferred.

Date: _____, 2008.

_____
Signature of Plaintiff

2

**Other Orders/Judgments**
1:07-cv-00749-JJF Blake et al v. Mears et al
PaperDocuments

U.S. District Court

District of Delaware

**Notice of Electronic Filing**

The following transaction was entered on 6/6/2008 at 10:00 AM EDT and filed on 6/5/2008
**Case Name:**        Blake et al v. Mears et al
**Case Number:**      1:07-cv-749
**Filer:**
**Document Number:** 52

**Docket Text:**
**ORDER Granting Marcus Barnhill's Motion to Proceed IFP. Filing Fee of $350.00 Assessed. Plaintiff shall return the attached payment authorization within 30 days. Failure to return payment authorization shall result in dismissal of action without prejudice. (Copy to pltf. with Mag. Consent Form) Notice of Compliance deadline set for 7/8/2008.. Signed by Judge Joseph J. Farnan, Jr. on 6/5/2008. (nms)**

**1:07-cv-749 Notice has been electronically mailed to:**

**1:07-cv-749 Notice has been delivered by other means to:**

Edwin Banks
9 Laverty Lane
Bridgeville, DE 19933

Marcus Barnhill
SBI #0505585
Central Violation of Probation
P.O. Box 5003
Smyrna, DE 19977

Raymond E. Blake
1821 W. 4th Street
Wilmington, DE 19805

Francis Emory
SBI# 352816

Sussex Community Correctional Center (SCCC)
23207 DuPont Boulevard
Georgetown, DE 19947

Anthony Garnett
306 West 26th Street
Wilmington, DE 19802

Darren Staats
SBI# 467006
Sussex Community Correctional Center (SCCC)
23207 DuPont Boulevard
Georgetown, DE 19947

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=6/6/2008] [FileNumber=578925-0]
[0b9add44bbf819151a5a1d9f1ab657137eaf181797f2a301e8520dc47f7f5e1df8344
e4c630996a5d9af27e723198cfa31bf8f76b491ff99253a582d352158d1]]