IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

RAYMOND E. BLAKE, DARREN  :
STAATS, ANTHONY GARNETT,  :
FRANCIS EMORY, EDWIN BANKS,  :
and MARCUS BARNHILL,  :
                         :
         Plaintiffs,     :
                         :
     v.                  : Civil Action No. 07-749-JJF
                         :
J. MEARS, MICHAEL COSTELLO,  :
WARDEN ROBERT GEORGE, SUSSEX :
COUNTY, OFFICER HILLS,   :
CORRECTIONAL MEDICAL SERVICE, :
RICHARD NORWOOD, GEORGETOWN, :
DELAWARE, NURSE SHARON   :
MACEROY, JONES, HANNA,   :
C/O ADAMS, CALVERT, CARL C. :
DANBERG, DR. DURST, and KIDD, :
                         :
         Defendants.     :

**ORDER**

NOW THEREFORE, IT IS HEREBY ORDERED that:

Plaintiffs, are pro se litigants, all of whom were incarcerated at the time they filed this action pursuant to 42 U.S.C. § 1983 on November 20, 1997. (D.I. 2.) Since the filing of the original Complaint, several Amended Complaints have been filed adding new Plaintiffs and new Defendants. (D.I. 7, 9, 10, 18, 23, 24.) All Plaintiffs are jointly and severally liable for the $350.00 filing fee.

Plaintiff Edwin Banks, was recently released from prison and submitted a request to proceed in forma pauperis pursuant to the Court's April 29, 2008 Order. (D.I. 47.) His request to proceed

in forma pauperis is **GRANTED**.  (D.I. 48.)

On June 16, 2008, the Court was notified that Darren Staats is no longer incarcerated (D.I. 53).  On May 28, 2008, an Order sent to Raymond E. Blake in a separate case, Civ. Action No. 07-230-JJF (D.I. 29), was returned indicating that Blake had been released and is no longer incarcerated.  Under the Prison Litigation Reform Act, release does not eliminate the obligation of payment of a filing fee that could and should have been met from the trust account while imprisonment continued.  Robbins v. Switzer, 104 F.3d 895, 899 (7th Cir. 1997); see also Drayer v. Attorney General, Nos. 03-2517, 03-2518, 81 Fed. Appx. 429 (3d Cir. 2003).

Within **THIRTY DAYS** from the date of this Order, Plaintiffs Raymond E. Blake and Darren Staats, shall either pay the filing fee owed **or** shall submit a new standard form applications to proceed without prepayment of fees and affidavit so the Court may determine whether they are still eligible to proceed in forma pauperis.

**NOTE: The failure of Raymond Blake and/or Darren Staats to timely comply with this Order shall result in dismissal of their respective claims without prejudice.**

DATED: July 1, 2008

_____
UNITED STATES DISTRICT JUDGE

2